Name KENNETH MILLS

Address SALINAS VALLEY STATE PRISON (D-2(124C)

125 ALDER STREET

SOLEDAD CA. 93960-1050

CDC or ID Number F19005

FILED 08-284 nmc

JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RMW

UNITED STATES DISTRICT COURT
NORTHERN DIST. OF CALIF.

_____
(Court)

CV 08 0284 (PR)

**PETITION FOR WRIT OF HABEAS CORPUS**

KENNETH W. MILLS

Petitioner

vs.

SUPERIOR COURT OF CALIFORNIA
(NORWALK COURT HOUSE)

Respondent

No. _____

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

log F36

This petition concerns:

[ ] A conviction

[ ] A sentence

[ ] Jail or prison conditions

[X] Other (specify): _Refusal to give Crim. Transcripts_

[ ] Parole

[ ] Credits

[ ] Prison discipline

1. Your name: _Kenneth Mims_

2. Where are you incarcerated? _Salinas Valley State Prison_

3. Why are you in custody?  [X] Criminal Conviction  [ ] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon"). _Mayhem_ _Assault w/ force likely to produce injury_

b. Penal or other code sections: _§ 205 & § 245 (a)(1)_

c. Name and location of sentencing or committing court: _Superior Court of Calif-ornia — Norwalk Superior Court_

d. Case number: _VA088677_

e. Date convicted or committed: _June 06th 2006 (1666)_

f. Date sentenced: _August 28th 2006_

g. Length of sentence: _Life + 16 years_

h. When do you expect to be released? _Not known_

i. Were you represented by counsel in the trial court?  [ ] Yes.  [X] No. If yes, state the attorney's name and address:

4. What was the LAST plea you entered? *(check one)*

[X] Not guilty  [ ] Guilty  [ ] Nolo Contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

[X] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

2 of 86

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes ☐ No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): _N/A_

b. Result _"N/A"_  c. Date of decision: _"N/A"_

d. Case number or citation of opinion, if known: _"N/A"_

e. Issues raised: (1) _"N/A"_

(2) _"N/A"_

(3) _"N/A"_

f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:
_ELENA D'Augustino, Solano County_

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No. If yes, give the following information:

a. Result _____  b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_____

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See _In re Muszalski_ (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

_____

b. Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.

_Attach documents that show you have exhausted your administrative remedies._

3 of 26

[A]

6. GROUNDS FOR RELIEF

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

TRIAL COURT (JUDGE) DENIED ME RIGHTS to HAVE
CRIMINAL TRIAL TRANSCRIPTS, VIOLATE U.S. SUPREME COURT
DECISIONS?

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

I THE PETITIONER DO HEREBY STATE THE
PREJUDICAL TREATMENT ON MY REQUEST FOR
TRIAL TRANSCRIPTS. ON SEPTEMBER 06TH 2005 I MADE
1st APPEARANCE IN NORWALK SUPERIOR COURT A (JUDGE LARRY
KNAPP PRESIDING) (U.S. SUPREME COURT SERIES OF DECISIONS)
PETITIONER WAS APPEARING IN CRIMINAL TRIAL (VA-
88677) UNDER "PROPRIA PERSONA" (PRO-PER - DEFENDING
ONES SELF) I WAIVED "NO TIME." ON NOVEMBER 02ND 2005
I AGAIN WAS IN SUPERIOR COURT. JUDGE "LARRY KNAPP
COURT ROOM (NORWALK - PRO-PER), FOR CRIM CASE
NO. VA088677. I HAD AWAITED [57] DAYS FOR MY
"CONSTITUTIONAL (60) DAYS SPEED TRIAL. AT THIS
TIME THE PROSECUTOR STATED. I DONT THINK HE COM-
(CONT. ATTACHED)

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

" DEFENDANTS RIGHT TO FREE TRANSCRIPTS [81677], EQUAL PRO-
TECTIONS OF THE LAWS? GRIFFIN V. ILLINOIS [1956] 351 U.
12, 76 S.C.T 585, 589 100 L.Ed. 891, 897, " ES KRIDGE V. WA-
SHINGTON PRISON BOARD [1958] 357 U.S. 214, 78 S.C.T. 1061, 2 L.
Ed 2d 1269?

30 of 86

MC-275

7. Ground 2 or Ground _____ (if applicable).

TRIAL COURT DIDN'T USE PROCEDURE TO PROTECT ME FROM
BEEING ILLEGALLY INCARCERATED ALL THESE YEARS:
CALIF. PRISON OFFICIAL DIDN'T FOLLOW THE LAWS OF
CALIFORNIA FOR PROTECTING NOT TO COMMIT PERSON UN-LAWFULLY

a. Supporting facts:

PETITIONER RESPECTFULLY SUBMIT THIS PETITION ON
THE PREJUDICAL AND UNLAWFUL TREATMENT DONE TO
PETITIONER. PETITIONER ALSO BEGS FOR A "EVIDENTARY HEARING.
ON/IXE THE YEAR OF 2001, I WAS UNLAWFULLY
COMMITTED to STATE PRISON (PEE SOLANO COURT 4 HALL OF
JUSTICE PAGE SUBMITTED WITH THIS PETITION/
I WENT TO "SAN QUENTIN STATE PRISON",
AT WHICH TIME I WAS GIVEN C.D.C-R NO. T-G-
095. I WAS IMPRISONED FOR PROBATION VIOLATION.
(CASE NO. VCR147775). I HAD A HEARING ON MY
PROBATION VIOLATION. (HEARING ON SPOSAL ABUSE AND
PROBATION VIOLATION) ON "JAN 29th 2001" SUPERIOR
COURT JUDGE "ALLEN P. CARTER" RULED: ALLEGATIONS
THAT DEFENDANT VIOLATED A TERM OF PROBATION WAS DISM-
ISSED 4 (EX-WIFE "WILLANTHA SPAGNER" STATED: I
DON'T KNOW WHAT HAPPENED - DIDN'T STATE THAT
I DID ANYTHING) I HAVE "VIOLATIONS" OF CRC 4,100
AND 4,110 —

b. Supporting cases, rules, or other authority:

"MY U.S./CAL. CONSTITUTION",
"LAWS OF CALIFORNIA",
"CIVIL RIGHTS of U.S. CITIZEN",
"ILLEGAL IMPRISONMENT:
"SPEEDY TRIAL VIOLATIONS"
"IMMUNITY 4 STATE HOSPITAL PATIENT VIOLENT ACT" - VIOLATIONS"

MC-275 [Rev. January 1, 2007]                    PETITION FOR WRIT OF HABEAS CORPUS

8 of 86

1) (GROUND #1 CONTINUED FROM PG 5)

2) PETENT JUDGE, AND THE JUDGE (LARRY KNUPP) STOPED

3) MY CRIMINAL TRIAL FOR A "PENAL CODE §1368" PROC-

4) EEDINGS (TO SEE TWO PSYCHIATRISTS). I MADE NO UN-

5) RULY "ACTIONS" IN "SUPERIOR Court JUDGES COURT ROOM

6) FOR MY TRIAL TO BE INTERUPTED FOR ME TO SEE (2) "PSY

7) CHIATRIST.

8)      FEBURARY 2006 (2) PSYCHIATRISTS EVALUATIONS of

9) ME FOUND ME "COMPETENT TO STAND TRIAL. (WITH

10) (1) PSYCHIATRIST STATEMENT OF "I DONT KNOW WHY

11) MY TIME IS WASTED. ON/THE FEBURARY 2006 I WAS RE-

12) TURNED BACK TO "CRIMINAL COURT" AT WHICH TIME I FILED

13) A PEN. CODE §170.6 (DISQUALIFIED) ON SUPERIOR COURT JUDGE

14) LARRY KNUPP. I WAS SENT NEXT DOOR TO SUPER-

15) IOR COURT JUDGES COURT ROOM "CYNTHIA RAYVIS.

16)      MY CRIMINAL TRIAL (VAE88877) AN/1571 DAYS

17) AWAITING "SPEEDY" TRIAL WAS THROWN OUT BY SUP-

18) ERIOR COURT JUDGE "CYNTHIA RAYVIS" (I AWAITED IN

19) (JUDGES KNUPP COURT ROOM)

15)      I WAS GIVEN (ALLERGY) ATTORNEY AT LAWD

16) FOR MY "APPEAL (B-183456) "SALLY PATRONE BRAZEVICH.

17) "IVE REQUESTED NUMEROUS OF TIMES "FROM ATTORNEY" to

18) "GIVE ME MY TRANSCRIPTS (that SUPERIOR Court JUDGE "LARRY

19) KNUPP & "CYNTHIA RAYVIS" DENIED ME! (SEE ATTACHMENT)

20)      THIS ATTORNEY STATED OF "AUTHENTIC RECORD ON APPEAL

21) (ASKING FOR the AP. ATTORNEY "BRAZEVICH" DIDN'T RECIEVE COMPLETE

22) COPY OF TRANSCRIPTS" I WANT CRIM. TRANSCRIPTS OF VAE88877 THAT

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13.    ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _Court of Appeal 1st App. Dist. S.F. CA._

   (2) Nature of proceeding (for example, "habeas corpus petition"): _Habeas Corpus_

   (3) Issues raised: (a) _Illegal Imprisonment_

      (b) _Civil Rights Violations_

   (4) Result (Attach order or explain why unavailable): _Denied_

   (5) Date of decision: _Oct. 26 2006_

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304) _Mentally Ill_

16. Are you presently represented by counsel? ☐ Yes.   ☒ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes.   ☒ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: _"N/A" "N/A"_

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _Dec. 17th 2006_                    _Jeanett Mills_
                                          (SIGNATURE OF PETITIONER)

V. FREEDOM ON APPEAL

A. DEFENDANTS RIGHT TO FREE TRANSCRIPT.

1. "[§107] FELONY." (EXHIBIT #1A)

IN A "SERIES OF DECISIONS," THE UNITED STATE SUPREME COURT" HAS "HELD" THAT AN "INDIGENT DEFENDANT" IN A "FELONY CASE "IS "ENTITLED" TO "BE FURNISHED" WITH A "COMPLETE TRANSCRIPT" OF "CRIMINAL PROCEEDINGS" FOR THE "PURPOSE" OF "APPELLATE REVIEW," BOTH ON "APPEAL "FROM "JUDGEMENT OF CONVICTION "AND IN "POSTCONVICTION PROCEEDINGS" AND THAT "STATE STATUTES" OR "RULES" THAT "RESTRICT THE RIGHT "CONSTITUTE A "DENIAL" OF "EQUAL PROTECTIONS "OF THE LAWS." ( SEE "GRIFFIN V. ILLINOIS "1956 357 U.S. 12; 76 S.Ct. 585, 589; 100 L.Ed. 891, 897; "ESKRIDGE V. WASHINGTON PRISON BOARD "(1958) 357 U.S. 214; 78 S.Ct. 1061; 2 L.Ed.2d 1269 "SMITH V. BENNETT" (1961) 365 U.S. 708; 81 S.Ct 895; 897; 6 L.Ed.2d 39; 41; "LANE V. BROWN (1963) 372 U.S. 477; 83 S.Ct. 768; 773; 9 L.Ed 2d 892; 897; "ENTSMINGER V. IOWA" (1967) 386 U.S. 748; 87 S.Ct. 1402; 18 L.Ed.2d 502 [REVERSAL; "ALTHOUGH "COUNSEL "ASKED FOR FULL TRANSCRIPT, HE CONCLUDED THAT "APPEAL "WAS "WITH-OUT MERIT AND FAILED TO FILE IT]; "RINALDI V. YEAGER (1966) 384 U.S. 305; 86 S.Ct. 1497; 1499; 16 L.Ed

(CONTINUED ON PAGE

(2 OF 5)

... REDRE ON APPEAL [FREE TRANSCRIPT AFTER FINE] ...ATION FROM P.2d 577; 579; 8 SUMMARY (9th): "CONSTITUTIONAL LAW, §682 [REQUIREMENT THAT INCARCERATED APPELLANTS PRISON PAY BE APPLIED TO REIMBURSE COST WAS UNCONSTITUTIONAL DENIAL OF EQUAL PROTECTION]

ON THE "RIGHTS IN FEDERAL COURTS" SEE "HARDY V. UNITED STATES" (1964) 375 U.S. 277; 84 S.Ct. 424; 426; 11 L.Ed.2d 331; 334; 78 HARV. L. REV. 26; ON THE "RIGHT IN HABEAS CORPUS PROCEEDING," SEE "GAANER V. CALIFORNIA" (1969), 393 U.S. 367 89 S.Ct 580; 21 L.Ed.2d 601; "WADE V. WILSON" (1970 396 U.S. 282; 90 S.Ct. 501; 24 L.Ed.2d 470; CF "NORVELL V. ILLINOIS" (1963) 373 U.S. 420; 83 S.Ct .1366; 10 L.Ed.2d 456 [RULE INAPPLICABLE WHERE REPORTER DIED "AND "NOTES NOT TRANSCRIBABLE]; "UNITED STATES V. MACCOLLOM" (1976) 426 U.S. 317; 96 S.Ct. 2086; 2088; 48;

"C; FURTHER REVIEW IN UNITED STATES SUPREME COURT

WHERE A "CLAIM IS MADE" OF "DENIAL" OF A "FEDERAL CONSTITUTIONAL RIGHT" SUCH AS "DUE PROCESS" & "EQUAL PROTECTION," OR THE BAR AGAINST "CRUEL AND UNUSUAL PUNISHMENT," THE "ISSUE "MAY BE "RAISED," UNDER CERTAIN CIRCUMSTANCES," IN THE "UNITED STATES SUPREME COURT" BY "APPEAL" OR "CERTIORARI" AFTER "AFFIRMANCE" OF A "CONVICTION" OR OTHER "EXHAUSTION OF REMEDIES IN THE STATE COURT OR THE "LOWER FEDERAL COURTS. (SEE GENERALLY 11 STAN. L. REV. 94; 98

(CONTINUED ON PAGE ...)

L. FURTHER REVIEW IN UNITED STATE SUPREME COURT

(CONTINUED FROM PAGE #2)   B193456

ID7; 114; 121; 134;   70 HARV. L. REV. 1; 74 HARV.
L. REV. 1315;   76 HARV. L. REV. 441; 1253;   77
HARV. L. REV. 140;  25 U.C.L.A. L. REV. 1301; CE.
2 "APPEALS AND WRITS" "II" "CRIMINAL CASES." ® 3.1 et seq.

"TOWNSEND V. SAIN" (1963) 372 U.S. 293; 83 S. Ct.
745; 9 L.Ed.2d 770;   "FAY V NOIA" (1963) 372 U.S.
391; 83 S. Ct. 822; 9 L.Ed.2d 837[ CASES HAS BEEN
LIMITED by LATER DECISIONS;   SEE 6 CAL. CRIM. LAW
(3d) "CRIMINAL WRITS." ® 277;   SMITH V. YEAGER"
(1968) 393 U.S. 122; 89 S.Ct. 277; 279; 21 L.Ed.2
d 246; 250[ FAILURE to DEMAND EVIDENTIARY
HEARING before "TOWNSEND" decided did Not BAR
DEMAND AFTER DECISION];   ON "REVIEW" of "STATE
DETERMINATION" of "HARMLESS ERROR" SEE "FAHY V
CONNECTICUT" (1963) 375 U.S. 85; 84 S.Ct. 229; 230;
11 L.Ed.2d 171; 173; 6 CAL. CRIM. LAW (3d) "REVERSIBLE
ERROR." 59;  "CHAPMAN V. CALIFORNIA" (1967) 386 U.S.
18; 87 S.Ct. 824; 826; 17 L.Ed.2d 705; 708; 6 CAL.
CRIM. LAW (3d) "REVERSIBLE ERROR" ® 10; 20 STANF.
L. REV. 83; ON "RETROACTIVITY." SEE "UNITED STATES
V. UNITED STATES COIN & CURRENCY" (1971) 401 U.S.
715; 91 S.Ct. 1041; 1045; 28 L.Ed.2d 434; 440;

2 OF 86      (4 OF 5)

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION 8

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff and Respondent,

7 of 88

vs.

KENNETH W. MILLS

Defendant and Appellant.

)
)
)
)
)
)
)
)
)
)

2d Crim. No. B193456

(Super. Ct. No. VA 088677 )

O R D E R
Re: AUGMENTATION

☐ Appellant's motion to augment the record on appeal is granted. The record on appeal is ordered augmented with:
  ☐ document(s) filed with the motion to augment as [exhibit(s)] _____ ;
  ☐ trial court exhibit(s) _____ ;
  ☐ the superior court file;
  ☐ the transcripts described below.

, ☐ The clerk of the superior court is ordered to have prepared (an) augmented reporter's transcript(s) of the following:

| | REPORTER'S NAME | DEPT. | DATE | NATURE OF PROCEEDINGS |
|---|---|---|---|---|
| 1. | LINDA PERALTA | SES | 11-2-05 | COMPETENCY PROCEEDINGS PC 1368 NO COMPETENCY PROCEEDINGS WERE HELD THIS DATE |
| 2. | LINDA PERALTA | SES | 11-02-05 | CRIMINAL PROCEEDING FOR CASE # VA088677) LIPPER NATURE OF PROCEEDING IS WRONG. TRYING |
| 3. | | | | TO MISLEAD THE COURT OF APPEAL K Mill B193456 |
| 4. | | | | ☐ see additional page(s) |

☐ The clerk of the superior court is ordered to prepare an augmented clerk's transcript consisting of the following:

| | DATE | DOCUMENT DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | ☐ see additional page(s) |

☐ An original and _____ copies of the above transcripts are to be prepared within 30 days of this order. No requests for extensions of time will be granted. THE ORIGINAL AND ALL COPIES OF SEALED PROCEEDINGS ARE TO BE SENT TO THE COURT OF APPEAL ONLY. Otherwise, the original is to be delivered to the Court of Appeal, one copy to the Attorney General, and one copy to each party listed below:

☐ Appellant's opening brief is to be filed within _____ days of the filing of the augmented record.

☐ This Order continues on _____ additional page(s). _____/_____/_____

(CAP Rev. 5-1-91)

17 of 36

Date

Presiding Justice

4

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT S                    HON. LARRY S. KNUPP, JUDGE


THE PEOPLE OF THE STATE OF CALIFORNIA  )
                                       )
                          PLAINTIFF,   )
                                       )
              VS.                      )    NO.: VA088677
                                       )
KENNETH MILLS,                         )    AUGMENT TRANSCRIPT
                                       )
                          DEFENDANT.   )       AFFIDAVIT
                                       )


I, LINDA R. PERALTA, DO HEREBY CERTIFY THAT:

I AM AN OFFICIAL REPORTER OF THE SUPERIOR

COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS

ANGELES;

THAT ON THE 1ST DAY OF JUNE, 2007, I RECEIVED A

NOTICE TO REPORTER TO PREPARE AUGMENT OF TRANSCRIPT ON

APPEAL IN THE ABOVE-ENTITLED ACTION;

"THERE WERE NO PROCEEDINGS HELD "ON THE DATE OF

NOVEMBER 11, 2005," IN THE "ABOVE-MENTIONED CASE "ON THE

RECORD."

I CERTIFY UNDER PENALTY OF PERJURY THAT THE

FOREGOING' IS TRUE AND CORRECT.

DATED THIS 22ND DAY OF JUNE, 2007.


I:**8D3**


_____
LINDA R. PERALTA, CSR 9269
        OFFICIAL

Failure Information that my appeal attorney
Referred to get on Prowine VAG with Entire crime
transcription, I feel down here not turn at trial
Boct 44 08 0f 36    11 Oct 44   Kenith Mills B#93981

" P.O. BOX-28 "
" REPRESA CA  95671 "

(13 of 86)
Exhebit (A) A

MS CHERYL LUTZ:

I RECIEVED YOUR LETTER TODAY, FROM ME ASKING ASKING FOR "HELP INTO" RECIEVING "MY "CRIMINAL TRIAL "TRAN-SCRIPTS" OF "CRIMINAL CASE NO. VA088677 "APPEAL "B193956. IN "YOUR RESPONSE" YOU STATED THAT "YOU WASN'T TRYING TO MR-LEAD"

I WANT TO "RESPOND" TO YOUR "LAST LETTER".
"1ST". I'M "REQUESTING" YOUR "STATE BAR NUMBER "BEFORE WRITTING THE STATE BAR ASSOCIATION" OF CALIFORNIA"
"#2). "YOU STATED "THAT "YOU'RE NOT TRYING" TO "MISLEAD ME
"3). TELL ME HOW MY "APPEAL ATTORNEY" CAN RECIEVE A "COPY" OF "MY" CRIMINAL TRANSCRIPTS "(VA088677) AND THE DEFENDANT WAS "NOT ALLOWED "UPON REQUEST A "COPY OF "COURT TRANSCRIPTS "FOR APPEAL"
"#4). I'M "AGAIN REQUESTING FROM YOU TO RECIEVE FROM "COMPUTER "THE "COMPLETE RECORDS "FOR "CRIMINAL CASE "NO. VA088677" [CONSTITUTIONAL VIOLATIONS - TURNED AS STATED AS BELIEVED]
"5). "YOU ALSO STATE "[AS ATTORNEY] IF I NEEDED "CERTAIN PARTS "MY "ATTORNEY "MIGHT BE "ABLE "TO "COPY "A "FEW PAGES AND "SEND THEM "TO ME, "WHY CAN'T MY "ATTORNEY "COPY "ENTIRE TRANSCRIPTS "(CASE "VA088677) AND "SEND THEM TO ME?
"6). "HOW DID MY APPEAL ATTORNEY "GET A "COPY OF MY CRIMINAL TRANSCRIPTS "AND "I'M NOT ALLOWED COPY ?(BLANTANT CONSTITUTION V/O)
"7). I'M SAYING "LAST CORRESPONDENCE "AND "USING AS "EXHIBIT FOR "MY "CIVIL CASE "[UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA - 42 U.S.C. §1983 CIVIL RIGHTS [COMPLAINT] §9877

12 of 36

Exhibit (5)A.

KENNETH MILLS
"APPELLATE"
"SALINAS VALLEY STATE PRISON"
"125 ALDER STREET"
"SOLEDAD CA." "93960"

"HONORABLE PRESIDING JUSTICE" CANDANCE COOPER"
AND "HONORABLE ASSOCIATE JUSTICES"
"COURT OF APPEALS"
"SECOND DISTRICT" "DIVISION EIGHT"
"300 S. SPRING STREET, "SECOND FLOOR"
"LOS ANGELES, CA." "90013"

RE: PEOPLE v. KENNETH MILLS"
"COURT OF APPEAL NO. B193456"

"APPELLATE" RESPECTFULLY "REQUEST PERMISSION
TO FILE THIS "CORRESPONDENCE" AND to
"SUBMIT (2) EXHIBIT "(A & B(s))"
"APPELLATE" NOW STATES OF "BEING HELD ILLEGALLY
IMPROPERLY NOW (85) DAY" FROM "RESPONDANT" "DUE
DATE" (RESPONDENT'S BRIEF)
"RESPONDENT "ALSO "RESPECTFULLY REQUESTS to be "PA-
VIDED "WITH "ASSEMBLY BILL §1302" (to BE "CO-
PENSATED EVERY DAY" that "APPELLATE HAS BEEN
INCARCERATED

Exhibit (Page 1)

#1) ATTORNEY BRATEMLA

#2) SINCE YOUR ATTORNEY Handling

#3) MY CRIMINAL CASE (VA098677) ON APPEAL

#4) "B193456" IM AGAIN REQUESTING TO BE

#5) PROVIDED WITH MY CRIMINAL COURT TRANS-

#6) CRIPTS FROM THE "DATE" OF "NOVEMBER

#7) 2ND 2005 (Requesting Why this states I Had Hearing Matt 05d seen psychol

#8) I MADE A PERSONAL COURT APPEARE-

#9) NCE TO "NORWALK SUPERIOR COURT" FOR CASE

#10) NUMBER "VA098677" "PRESIDING JUDGE" WAS

#11) "LARRY KNUPP" A "COURT REPORTER" WAS PRE

#12) SENT DURING THIS PRE-CEEDINGS (VA098677

#13) "REPORTER TRANSCRIBED" THE PROCEEDINGS "HELD

#14) ON "NOVEMBER 02ND 2005" (THERE ALSO IS Computer

#15) RECORDS FOR THIS DATE)

#16) THIS IS THE "DATE" OF MY "CRIMINAL PRO

#17) CEEDINGS "OF "CRIMINAL CASE VA098677

#18) THIS ALSO IS "DATE" OF "STOPPAGE OF MY

#19) CRIMINAL TRIAL VA098677

#20) MY TRANSCRIPTS OF "November 02ND 2005" Will

#21) SHOW MY ACTIONS (Along With Computer

#22) RECORDS - THAT I SOON HOW HAVE A COPY Boat

#23) RECORDS ARE NOT OFFICIAL IN COURT FOR REASONS

#24) STOPPED TRIAL (VA098677) ALSO REQUEST GO

#25) THE JUDGE MUST RECORD THAT DOCKET On The

CONTINUED ON PAGE #2)

[2] "HONORABLE JUDICIAL JUSTICE" "HONORABLE JUSTICE"
[2] "AUGUST 21st 2007" EXHEBET/4
[3] "PAGE 21"
[4] ILLEGALLY IMPRISONED." THE "APPELLATE IS
[5] REQUESTING FOR THE "COURT TO GO THROUGH" THE
[6] "ENTIRE" "CRIMINAL TRANSCRIPTS" ("REPORTERS" NOTES
[7] FOR "CRIMINAL CASE #VA088677"
[8] "APPELLATE" HAS "CONSTANTLY" TRIED TO HELP
[9] HIMSELF." (SEE "CALIFORNIA APPELLATE
[10] APPELLATE PROJECT" SUBMITTED WITH THIS "REQ-
[11] UEST") ALSO SEE "BRIEF SUBMITTED "BY COUNSEL
[12] (ALLEREY) "THIS BRIEF "DONT HAVE SIGNATURE "BY
[13] AN "CLERK" OR "DEPUTY CLERK" OF THE COURT."
[14] (MAKING BRIEF UNLAWFUL) ALSO SEE IN "BRIEF"
[15] THE "DATE OF "NOVEMBER 17th 2005." "THE DATE IS
[16] "NOT CORRECT" THE "DATE IS TO BE "NOVEMBER 62 2005
[17] (ONE DAY BEFORE MY BIRTHDAY (NOV. 3RD 1957)
[18] IS WHEN "DISTRICT ATTORNEY "(DEPUTY) "STATED IN
[19] COURT" "I DONT THINK HE'S COMPETENT" JUDGE
[20] "I COMMITTED NO UNRULY CONDUCT "IN MY
[21] "CRIMINAL TRIAL "(VA088677) WHEN (NOV. 2 2005
[22] "DEPUTY DISTRICT MADE STATEMENT."
[3] "APPELLATE" "RESPECTFULLY REQUESTS ENTIRE COURT
[4] "FILE VA088677 GONE THROUGH "BY THE COURT OF APPEAL

Kenneth Mills

*With property Held Fran Us*
*I Dos HAVE Ifew WESMED*
*ln For these*
*petition*

COURT OF APPEAL - SECOND
~~ORIGINAL~~ **FILED**

JUN 28 2007

JOSEPH A. _____
By _____ Deputy

Name **KENNETH W. MILLS**
Address *"SALINAS VALLEY STATE PRISON"*
*"POST OFFICE BOX - 1050"*
*"SOLEDAD, CALIFORNIA" 93960* to
CDC or ID Number *"T-19095"*

*"COURT OF APPEAL ST. OF CA"*
*"2nd APPELLATE DIST. DIVISION (8)"*
(Court)

**B200127**

---

*"KENNETH WAYNE MILLS"*
Petitioner
vs.
*"PEOPLE OF STATE OF CALIF"*
Respondent *(CALIFORNIA)*

PETITION FOR WRIT OF HABEAS CORPUS

~~*"B192141"*~~
~~*"B193456"*~~
No.                         *B192141* 8/...
(To be supplied by the Clerk of the Court)      *B192165* 8/...
*"B-193456"*                *B193456* 8/14
                            *B193530* 8/...

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6 *(of 9)*

ATTORNEY BRATEWLA (CONT)

SINCE YOURE ATTORNEY Handling MY "CRIMINAL CASE" (VA0986771 on "APPEAL "B193456" IM "AGAIN" REQUESTING" TO BE "PROVIDED WITH "MY "CRIMINAL COURT TRANS CRIPTS" FROM THE "DATE" OF "NOVEMBER 2ND 2005 Requesting why it states I HAD "Hearing"

② I MADE A PERSONAL COURT APPEARANCE" TO "NORWALK SUPERIOR COURT "FOR" CASE NUMBER VA0988677." "PRESIDING JUDGE" WAS "LARRY KNUPP." A "COURT REPORTER" WAS PRESENT" DURNING THIS PRO-CEEDINGS" VA0988677 "REPORTER TRANSCRIBED" THE PROCEEDINGS "HELD ON "NOVEMBER 02ND 2005. [THERE ALSO # COMPUTER RECORDS FOR THIS DATE]

THIS IC THE "DATE" OF MY "CRIMINAL PRO CEEDINGS" OF "CRIMINAL CASE VA0988677 "THIS ALSO # "DATE" OF "STOPPAGE" OF MY CRIMINAL TRIAL VA098677.

MY "TRANSCRIPT" OF "NOVEMBER 02ND 2005 WILL SHOW MY ACTIONS (ALONG WITH COMPUTER RECORDS - THAT I SOME HOW HAVE A COPY EXCT RECORDS ARE NOT OFFICIAL) IN COURT for REASONS STOPPING TRIAL (VA098677. ALSO REQUESTING "THE JUDGE" MUST RECORD THAT DOCTOR ON THE

COUNT 4: THE Following CIVIL RIGHTS HA
BEEN VIOLATED:
"JUDGE LARRY KNUPP" KWAS PRESIDING JUDGE
NOVEMBER 02 2005" AND "UNLAWFULLY" Put A "HAT
4 TO MY CRIMINAL PROCEEDINGS" NVA0886779

ON NOVEMBER 02ND 2005 I MADE "COURT
APPEARANCE" FOR "CRIMINAL CASE" #"VA0886779" IN
"SUPERIOR COURT OF CALIFORNIA" NORWALK COUR
T HOUSE - DEPARTMENT "J."
    JUDGE "LARRY KNUPP" PRESIDING AND DEFENDAN
T (MILLS) WAS "APPEARING" UNDER "PROPRIA - PERSONA"
"STATUS" AT THE TIME DEFENDANT (MILLS) HAD "A-
WAITED" (57) DAYS" FOR "CONSTITUTIONAL" (60)
DAYS FOR "SPEEDY TRIAL"
    THE "JUDGE" ASKED THE DEFENDANT (MILLS) IF
HE WAS "READY" TO "GO TO TRIAL". "DEFENDANT (Mills
STATED: "YES" AND YOU HAVE "THREE (3) DAYS" TO GET
ME INTO MY "CONSTITUTIONAL SPEEDY TRIAL"
    THE "DISTRICT ATTORNEY" STATED: I DON'T THINK H
COMPETENT. [THAT "DEPUTY DISTRICT ATTORNEY" WHICH
MADE THIS STATEMENT] "JUDGE KNUPP" SUSPENDED
PROCEEDINGS UNDER PENAL CODE § 1368
    I MADE NO "UNRULY ACTIONS". THERE WAS NOT A
"LAWFUL REASON" FOR "SUPERIOR COURT JUDGE" KNU
TO "HAULT" PROCEEDINGS UNDER "PENAL CODE SECTION
§1368 AND "COURT RECORDS" WILL SHOW "BEYOND A
DOUBT" WHO'S RIGHT AND WHO'S WRONG.

13 of 86          Kenneth Mills          DATE: 04/07/2007

*60F86*    *Exhibit  (19)A*

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,** | ) |
| | ) |
| Plaintiff and Respondent, | ) Court of Appeal<br>) No. B193456 |
| **v.** | ) |
| | ) Los Angeles County |
| **KENNETH W. MILLS,** | ) Superior Court<br>) No. VA088677 |
| Defendant and Appellant. | ) |

DECLARATION OF SALLY P. BRAJEVICH IN SUPPORT OF
SECOND MOTION TO AUGMENT RECORD ON APPEAL

SALLY P. BRAJEVICH declares under penalty of perjury:

I am the attorney appointed to represent appellant Kenneth W. Mills for this appeal. All of the factual statements made in this second motion to augment the record are true and correct to the best of my knowledge. The materials sought to be included in the record are necessary for a proper determination of the appeal and to perfect the record on appeal per counsel's duty.

Executed on October 11, 2007, at San Pedro, California.

_____

SALLY P. BRAJEVICH
Attorney for Appellant
KENNETH W. MILLS

3

*23oF86*

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

|  |  |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) |
|  | ) |
|  | ) Court of Appeal |
| Plaintiff and Respondent, | ) No. B193456 |
|  | ) |
| v. | ) |
|  | ) Los Angeles County |
| KENNETH W. MILLS, | ) Superior Court |
|  | ) No. VA088677 |
| Defendant and Appellant. | ) |
|  | ) |

APPEAL FROM THE JUDGMENT OF
THE SUPERIOR COURT OF LOS ANGELES COUNTY
THE HONORABLE LARRY S. KNUPP AND CYNTHIA RAYVIS JUDGES

**SECOND MOTION TO AUGMENT THE RECORD ON APPEAL**

SALLY P. BRAJEVICH
1379 Park Western Drive, # 316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684
State Bar No. 161863

Attorney for Appellant
KENNETH W. MILLS

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

|  |  |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,** | ) |
| | ) |
| Plaintiff and Respondent, | ) Court of Appeal |
| | ) No. B193456 |
| **v.** | ) |
| | ) Los Angeles County |
| **KENNETH W. MILLS,** | ) Superior Court |
| | ) No. VA088677 |
| Defendant and Appellant. | ) |
| | ) |

APPEAL FROM THE JUDGMENT OF
THE SUPERIOR COURT OF LOS ANGELES COUNTY
THE HONORABLE LARRY S. KNUPP AND CYNTHIA RAYVIS JUDGES

## MOTION TO AUGMENT THE RECORD ON APPEAL

SALLY P. BRAJEVICH
1379 Park Western Drive, # 316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684
State Bar No. 161863

Attorney for Appellant
KENNETH W. MILLS

Appellate counsel is required to raise all arguable issues on appeal and to perfect the record. (*In re Smith* (1970) 3 Cal.3d 192.) Inclusion of the requested material is needed to effectively represent appellant, and to fully address the issues in this case. (*People v. Gaston* (1978) 20 Cal.3d 476; *People v. Silva* (1978) 20 Cal.3d 489.) It is respectfully requested that this Court order the record on appeal augmented with the transcripts of the proceedings documents as detailed herein.

## CONCLUSION

For the reasons set forth above, appellant respectfully requests that the second motion to augment be granted.

Dated:   **October 11, 2007**

Respectfully submitted,

SALLY P. BRAJEVICH
Attorney for Appellant

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,** | ) |
| | ) |
| | ) Court of Appeal |
| Plaintiff and Respondent, | ) No. B193456 |
| **v.** | ) |
| | ) Los Angeles County |
| **KENNETH W. MILLS,** | ) Superior Court |
| | ) No.VA088677 |
| Defendant and Appellant. | ) |
| | ) |

## I.

## SECOND MOTION TO AUGMENT THE RECORD ON APPEAL

Appellant respectfully requests pursuant rules 8.155 and 8.324 of the California Rules of Court for an order augmenting the record on appeal as specified herein. Appellate counsel has made one previous request for augmentation. Appellant requests the following:

1) Reporter's Transcript of **November 2, 2005**, Southeast Dept. SES, Judge Larry S. Knupp, Reporter Linda Peralta, where the prosecutor declared a doubt as to appellant's mental competency pursuant to Penal Code section 1368, and criminal proceedings were suspended.

The failure to appoint counsel for a pro per defendant when a doubt has been declared as to his competency under Penal Code, section 1368, is reversible error. (*People v. Jennan* (2007) 148 Cal.App.4th 1144.) This issue had been raised in the briefs. In the initial augment motion the date was listed as November 11, 2005. The date is actually November 2, 2005.

1

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| | ) Court of Appeal |
| Plaintiff and Respondent, | ) No. B193456 |
| v. | ) |
| | ) Los Angeles County |
| KENNETH W. MILLS, | ) Superior Court |
| | ) No.VA088677 |
| Defendant and Appellant. | ) |
| | ) |

## I.

## SECOND MOTION TO AUGMENT
## THE RECORD ON APPEAL

Appellant respectfully requests pursuant rules 8.155 and 8.324 of the California Rules of Court for an order augmenting the record on appeal as specified herein. Appellate counsel has made one previous request for augmentation. Appellant requests the following:

1)  Reporter's Transcript of **November 2, 2005**, Southeast Dept. SES, Judge Larry S. Knupp, Reporter Linda Peralta, where the prosecutor declared a doubt as to appellant's mental competency pursuant to Penal Code section 1368, and criminal proceedings were suspended.

The failure to appoint counsel for a pro per defendant when a doubt has been declared as to his competency under Penal Code, section 1368, is reversible error. (*People v. Jennan* (2007) 148 Cal.App.4th 1144.) This issue had been raised in the briefs. In the initial augment motion the date was listed as November 11, 2005. The date is actually November 2, 2005.

# SALLY P. BRAJEVICH

Attorney at Law
1379 Park Western Drive, #316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684

August 16, 2007

<u>LEGAL MAIL</u>        **Privileged Attorney-Client Communications**

Mr. Kenneth W. Mills      T-19095
Salinas Valley State Prison   D2-122L
P.O. Box 1050
125 Alder Street
Soledad, CA 93960

Re:   *People v. Kenneth W. Mills*
      Court of Appeal No. B193456
      <u>Superior Court No. VA088677</u>

Dear Mr. Mills:

You have requested a copy of the reporter's transcripts and clerk's transcripts for the following dates:

(1)   November 2, 2005:   Enclosed is an affidavit from the court reporter stating there was no reporter's transcript on this date, along with the clerk's transcript of this date. (Affidavit; 1CT 48-49.)

(2)   November 11, 2005:   There was no hearing on this date. The clerk's notes indicate the proceedings were continued from November 11, 2005, until December 28, 2005.

(3)   June 6, 2006:   The reporter's transcript and clerks transcript from this date are enclosed. (1CT 263-266; 3RT 418-474.)

(4)   February 8, 2006:   The reporter's transcript and clerk's transcript from this date are enclosed. (Supp. RT C3-C14; 1CT 53-54.)

(5)   August 28, 2006:   You were sentenced in this case on June 28, 2008. I did not receive any records after that date.

You mentioned you wanted a case returned to you. Please provide me the name of the case, and I will return it to you. In the future, you should keep a copy of anything you send me.

# SALLY P. BRAJEVICH
Attorney at Law
1379 Park Western Drive, #316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684

October 11, 2007

**LEGAL MAIL**          **Privileged Attorney-Client Communications**

Mr. Kenneth W. Mills      T-19095
Salinas Valley State Prison   D2-122L
P.O. Box 1050
125 Alder Street
Soledad, CA 93960

Re:   *People v. Kenneth W. Mills*
      Court of Appeal No. B193456
      <u>Superior Court No. VA088677</u>

Dear Mr. Mills:

*ATTORNEY HAS DENIED ME COPY OF ALL "TRANSCRIPTS*

Enclosed is a copy of the second motion to augment which was filed in the Court of Appeal.
I am also returning several items you sent me which I have copied. With respect to your
request for the transcripts, I already sent you the portion of the transcripts you requested. The
entire transcripts will be sent to you as soon as the appeal has concluded. In the meantime
I need the transcripts to prepare the appeal.

*ATTORNEY HAS DENIED ME INTIRE TRANSCRIPTS*

After the Court of Appeal issues an opinion, I generally file a Petition for Review with the
California Supreme Court. This allows the California Supreme Court to consider the issues
the appellant lost. It also "exhausts" the issues, allowing the defendant to proceed to federal
court on his own with these issues. Only claims which have been presented to the California
Supreme Court may be raised in a federal habeas petition. If you would prefer to file your
own Petition for Review, instead of having me do so, you may. Please write back and tell
me your preference. Keep in mind you only have 40 days from the date of the opinion to file
the Petition for Review. This deadline may not be extended. The time frame is tight when
the appellant is in prison due to limited access to the prison law library, and delays in mailing
the opinion and the records to and from the prison. It is usually easier and faster for me to
file the petition. I will do whatever you prefer.

Very truly yours,

SALLY P. BRAJEVICH
Enclosure

*28 of 56*

*Recieved this Nov. 5th 2007*
*Mill B193456 (APP)*
*(1)*

## SALLY P. BRAJEVICH
Attorney at Law
1379 Park Western Drive, #316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684

November 9, 2007

**LEGAL MAIL**

### Privileged Attorney-Client Communications

Mr. Kenneth W. Mills      T-19095
Salinas Valley State Prison   D2-122L
P.O. Box 1050
125 Alder Street
Soledad, CA 93960

Re:   *People v. Kenneth W. Mills*
      Court of Appeal No. B193456
      <u>Superior Court No. VA088677</u>

Dear Mr. Mills:

I received your recent letter. As you are aware, I have already sent you the portion of the records you requested. I understand that you want the entire transcripts. However, as I have told you repeatedly, I need the records to prepare your appeal.

Very truly yours,

SALLY P. BRAJEVICH

260836

# AB 1502 ASSEMBLY BILL

## "CHAPTERED - "BILL TEXT"

"CHAPTER 475" @ "$100 A DAY FOR EVERY DAY ILLEGAL

"FILED WITH SECRETARY OF STATE SEPT. 22 @8

"APPROVED BY GOVERNOR" "SEPT. 22, @8

"PASSED THE SENATE" "SEPT. 12, 03"

"PASSED THE ASSEMBLY" "SEPT. 13, 03"

"AMENDED IN SENATE "SEPT. 12, 03"

"AMENDED IN SENATE" "JULY 09, 03

"AMENDED IN ASSEMBLY" "APRIL 22 @8

(INTRODUCED BY ASSEMBLE

MEMBER "" SIMITIAN - " PRINC

COAUTHER: "SENATOR SHER")

(NOTE) " FEBURARY 21 2003 "

AN "ACT RELATING" TO THE PAYMENT OF
CLAIMS AGAINST THE STATE, MAKIN
AN "APPROPRIATION" THEREOF, AND "DECLARING" TH
"EMERGENCY THEREOF TO "TAKE EFFECT IMMEDIATELY

MC-275

KENNETH WAYNE MILLS

Address SALINAS VALLEY STATE PRISON

125 ABNER STREET

SOLEDAD, CALIFORNIA 93760

CDC or ID Number T-19095

SACRAMENTO COUNTY SUPERIOR CT.

720 9TH STREET

(Court)

---

KENNETH MILLS

Petitioner

vs.

GALLEY PATRONE BRAJEVICH

Respondent ATTORNEY AT LAW

**PETITION FOR WRIT OF HABEAS CORPUS**

No. DTF03696

(To be supplied by the Clerk of the Court)

AMENDED

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

---

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

---

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

APPEAL NO. B193956 / 320R691

etition concerns:

☐ A conviction                    ☐ Parole

☐ A sentence                      ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☒ Other (specify): "ADMENDMENT"

1. Your name: "KENNETH MILLS"

2. Where are you incarcerated? "SALINAS VALLEY STATE PRISON"

3. Why are you in custody? ☒ Criminal Conviction   ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

"MAYHEM"

"ASSAULT W/ DEANY WEOPAN"

b. Penal or other code sections: § 205    § 245 (a)(1)

c. Name and location of sentencing or committing court: "SUPERIOR COURT OF CALIFORNIA"
"LOS. ANGELES COUNTY" - "NORWALK COURT-HOUSE"

d. Case number: "VA088677"

e. Date convicted or committed: "JUNE 06TH 2006"

f. Date sentenced: "AUGUST 28TH 2006"

g. Length of sentence: "LIFE" + (6) YEARS"

h. When do you expect to be released? "NOT KNOWN"

i. Were you represented by counsel in the trial court? ☐ Yes.  ☒ No. If yes, state the attorney's name and address:

"N/A"

4. What was the LAST plea you entered? *(check one)*

☒ Not guilty   ☐ Guilty   ☐ Nolo Contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

☒ Jury   ☐ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

31 of 85

10 of 86

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." (if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)

"THE TRIAL COURT OVER STEPPED BOUNDRIES;
"SPEEDY TRIAL VIOLATIONS "(60) DAYS VIOLATION;
"SUPERIOR COURT JUDGE LARRY KNUPP UNLAWFULLY STOPPED COURT PROCEEDINGS FOR PEN. C SECTION §1368;

a. **Supporting facts:**

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. If necessary, attach additional pages. CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time (when) or place (where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

"PETITIONER IS SEEKING RELIEF FROM "PROCEDURE DEFAULT AND PETITIONER IS CLAIMING SERIOUS INJURIES" (MENTAL & PHYSICAL) DUE TO "ILLEGAL INCARCERATION" THATS "VERY PREJUDICIAL TO APPELLATE; (SPEEDY TRIAL VIOLATIONS) I "MADE APPEARENCE" IN "NORWALK SUPERIOR COURTHOUSE" WITH "SUPERIOR COURT JUDGE "(OF CALIF.) LARRY KNUPP" PRESIDING "OVER MY "CRIMINAL TRIAL"; (CASE NO. VA088677) "SEPTEMBER 06 2006," (I APPEARED UNDER PROPRIA-PERSONA) (MY "CONSTITUTIONAL RIGHTS TO "SPEEDY TRIAL" BEGAN MY "RIGHTS TO (60) DAYS TO "SPEEDY" TRIAL" BEGAN.
I "MADE APPEARANCE "TO "NORWALK COURTHOUSE" (NOVEMBER 02 NO 2006) WITH "PRESIDING "JUDGE "LARRY KNUPP." AT THIS TIME THE "DEPUTY DISTRICT ATTORNEY" STATED; "I DON'T THINK HES COMPETENT "JUDGE; (AT THIS TIME APPELLANT" MADE "NO UNRULY ACTIONS "TO HAVE "TRIAL STOPPED" JUDGE LARRY KNUPP HALTED PROCEEDINGS FOR PEN. C §1368.

b. **Supporting cases, rules, or other authority (optional):**

(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

"#1. "FEDERAL CONSTITUTION ISSUE — REVIEW, (PETITION;
"#2 "CONSTITUTIONAL RIGHTS TO SPEEDY TRIAL (60-DAYS;
"#3 "CONSTITUTION OF THE UNITED STATES — AMENDMENTS V - VI - VIII
"#4 XIV; "IMMUNITY OF STATE HOSPITAL VIOLENT ACT;
#5 "CRC RULE "29 - RULE #4.100 "RULE NO. 4.110";

7. Ground 2 or Ground _____ (if applicable):

THE "TRIAL COURT" / SUPERIOR COURT OF CA. JUDGE "CYNTHIA RAY-VIS," "VIOLATED MY CONSTITUTIONAL RIGHT "TO" SPEEDY TRIAL" : "FEBURARY 08th 2006" I LODGED A PEN. C.§ 170.6 "(DISQUALIFIER) AGAINST AGAINST SUPERIOR COURT (OF CA.) JUDGE LARRY KNUPP-NORWALK COURTHOUSE

a. Supporting facts:

"PETITIONER" IS CLAIMING SERIOUS UNLAWFUL ACTIONS AGAINST SUPERIOR COURT JUDGE "CYNTHIA RAYVIS THATS "VERY PREJUDICIAL" TO "APPELLANT" AND UNLAWFULLY IMPRISONED APPELLATE."

ON "FEBURARY 08th 2006" APPELLATE MADE APPEARANCE IN THE SUPERIOR COURT OF CALIFORNIA - COUNTY OF LOS ANGELES - NORWALK COURT HOUSE - "SUPERIOR COURT JUDGE "CYNTHIA RAYVIS" PRESIDING OVER MY CRIMINAL CASE NO. VA088677.

APPELLANT HAS "AWAITED FIFTY SEVEN (57) DAYS FOR CONSTITU-TIONAL (ED) DAY" SPEEDY TRIAL (APPELLATE WAS APPEARING UNDER PROPIA - PERSONA. (PRO-PER - DEFENDING ONES SELF IN CRIMINAL TRIAL) APPELLATE HAS BEEN "TRANSFERED "FROM SUPERIOR COURT OF CA. JUDGE "LARRY KNUPP COURT ROOM FOR PREJUDICIAL ACTIONS COMMITTED AGAINST APPELLATE. APPELLATE FILED A PEN. C. SECTION "170.6" AND "DISQUALIFIED SUPERIOR COURT JUDGE "LARRY KNUPP FROM "HEARING / PRESIDING" OVER MY CRIMINAL CASE NO. VA088677. APPELLATE WAS SENT "NEXT DOOR" TO "SUPERIOR COURT JUDGE (OF CA.) "CYNTHIA RAYVIS" TO CONTINUE MY CRIMI-NAL TRIAL (VA088677) INSTEAD OF CONTINUING FROM "57 OF 60 "MY CRIM. TRIAL WAS STARTED A NEW. (0-60).

b. Supporting cases, rules, or other authority:

"RIGHT TO SPEEDY TRIAL SEE CRIMINAL LAW §§ 2080 ET. SEQ. ATM [FN2] IN RE YUNG (1908) 7 CAL. APP. 772, 96 P.2d ; 42 , 67 CALIFORNIA JURISPRUDENCE 3d CRIMINAL LAW : POST-TRIAL PROCEEDINGS ; 22 C CAL. JUR. 3d CRIMINAL LAW : POST TRIAL PROCEEDINGS § 907 ; CAL. RPTR. 3d 779, 110 CAL. APP. 4th 492. PEOPLE V. SMITH (2003)

EXHIBIT 25-T

Case 5:08-cv-00284-RMW   Document 1-2   Filed 01/16/2008   Page 13 of 20

8. Did you appeal from the conviction, sentence, or commitment?  ☒ Yes.  ☐ No.  If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

_"HAVENT HEARD"_

b. Result ___"HAVENT HEARD"___  c. Date of decision: ___HAVENT HEARD___

d. Case number or citation of opinion, if known: ___B193456___

e. Issues raised: (1) ___ILLEGAL IMPRISONMENT / P.C. §1368 (x) Violations___

(2) ___"NOT GIVEN ATTORNEY FOR COMPETENCY HEARING P.C. §1368___

(3) ___"YVIA"___

f. Were you represented by counsel on appeal?  ☒ Yes.  ☐ No. If yes, state the attorney's name and address, if known:

___§ SALLY PATRENCE (BRATEVICH (SBN 161863)___

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☐ No.   If yes, give the following information:

a. Result _____  b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised:  (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

___APPEAL ATTORNEY (SALLY P. BRATEVICH) REFUSES TO RAISE___
___VIOLATION OF SPEEDY TRIAL (60) DAYS___

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

___THIS A COURT / APPEAL ISSUE NOT A ADMIN-___
___ISTRATIVE ISSUE!___

b. Did you seek the highest level of administrative review available?  ☐ Yes.  ☐ No.
   *Attach documents that show you have exhausted your administrative remedies.*

MC-275 [Rev. July 1, 2005]                  PETITION FOR WRIT OF HABEAS CORPUS                  Page five of six

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _STATE BAR OF CALIFORNIA_

(2) Nature of proceeding (for example, "habeas corpus petition"): _COMPLAINT (MOTIONS & PETITIONS)_

(3) Issues raised: (a) _(60) DAY SPEEDY TRIAL VIOLATIONS_

(b) _ATTORNEY NOT GIVEN FOR PC§1368 HEARING_

(4) Result (Attach order or explain why unavailable): _NOT KNOWN - ON GOING_

(5) Date of decision: _"N/A"_

b. (1) Name of court: _"N/A"_

(2) Nature of proceeding: _"N/A"_

(3) Issues raised: (a) _"N/A"_ _"N/A"_

(b) _"N/A"_

(4) Result (Attach order or explain why unavailable): _Accidictacy_

(5) Date of decision: _None_

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: _N/A_ _"N/A"_

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) _APPEAL ATTORNEY SALLY PATRONE BRAJEVICH REFUSES TO PLACE IN CRIM. APPEAL (B193456) SPEEDY TRIAL VIOLATIONS_

16. Are you presently represented by counsel? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known: _SALLY PATRONE BRAJEVICH - 1374 PARK WESTERN DRIVE #16 - SAN PEDRO CALIF. 90732_

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain: _"N/A"_ _"N/A"_

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: _SUPERIOR COURT OF CALIFORNIA - NORWALK SUPERIOR COURT - JUDGES LARRY KNUPP & CYNTHIA RAYUS COMMITTED VIOLATIONS AGAINST ME_

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _10 -     2007_                    ▶ _Jerrett Mull_
                                                            (SIGNATURE OF PETITIONER)

*Exhibit(ZTIA (4q) 11*

*INquiry*

*07-12239*

Mr. Kenneth W. Mills
March 5, 2007
**Privileged Attorney-Client Communications**

*Application, Trial Transcript*

53-54.) You filed a motion claiming a speedy trial violation on February 24, 2006. (1CT 55.) The courts have determined when criminal proceedings are resumed following a competency evaluation under Penal Code section 1368, the time starts at 0 of 60 again.) The clock resets at zero. (Pen. Code, § 1382(a)(2); *People v. Love* (2005) 132 Cal.App.4th 276, 285.) Penal Code section 1382(a)(2) states unless good cause is shown the trial court should dismiss:

*THIS IS NOT RESTARTING TRIAL.*

*Clock Does't Restart*

"In a felony case, when a defendant is not brought to trial within 60 days of the defendant's arraignment on an indictment or information, or reinstatement of criminal proceedings pursuant to Chapter 6 (commencing with Section 1367)..."

*NOT RESTARTING time all over again*

This means after you were found competent on February 8, 2006, the clock was reset at 0 of 60 and the court had 60 days to try you, on or before April 10, 2006 (which was a Sunday), giving the court until Monday, April 10, 2006, which is when your first trial began. (1CT 70.) Consequently, I am unable to raise this issue on appeal.

*Illegally*

*I MADE NO MENTION OF this*

You mentioned the witnesses at trial lied about your statement/gesture that you poked the victim's eyes out with your fingers. This will be a difficult hurdle to overcome on appeal, since the jury heard the testimony against you, found the charges to be proven, and convicted you.

I also received your paperwork indicating you wish to proceed with the appeal despite the risk of a possible adverse consequence. The appeal is proceeding.

You have indicated you do not want me representing you. Unfortunately there is no right to represent yourself on appeal. Please be assured that I am diligently working on your case, and I want the best possible outcome for you.

*MADE (4) four requests for my Court Transcripts, All requests denied me*

You have also requested a copy of your trial transcripts. I have a copy of the trial transcripts in case number VA088677. You are only provided with one copy which I need to prepare the appeal. There is no right to represent yourself on appeal. If there is a specific witness you would like the testimony from, I can copy a portion of the record for you now. However, I need the transcripts until the state appeal is over. At that time I will promptly sent the records to you.

*I Wasn't provide with a copy of my Trial Transcript Judge Cynthia Ra Refused to give one copy" I request*

*36 of 86*

*(Cecil)*

*27-295    (7-56)    (80042)*

REPORT ID: TS3030 .701                                    REPORT DATE: 10/05/07
                                                          PAGE NO:         1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 05, 2007

ACCOUNT NUMBER : T19095                    BED/CELL NUMBER: FDB4T1000000131L
ACCOUNT NAME   : MILLS, KENNETH WAYNE        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| /07/2007 | H107 | POSTAGE HOLD | 0721 POST | 0.41 |
| /14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| /14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| /14/2007 | H118 | LEGAL COPIES HOLD | 0807 LCOPY | 14.80 |
| /17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.31 |
| /17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.48 |
| /19/2007 | H109 | LEGAL POSTAGE HOLD | 0856 LPOST | 0.92 |
| /20/2007 | H109 | LEGAL POSTAGE HOLD | 0867 LPOST | 4.90 |
| /20/2007 | H109 | LEGAL POSTAGE HOLD | 0867 LPOST | 0.41 |
| /20/2007 | H109 | LEGAL POSTAGE HOLD | 0867 ENVEL | 3.05 |
| /21/2007 | H109 | LEGAL POSTAGE HOLD | 0875 LPOST | 1.31 |
| /21/2007 | H109 | LEGAL POSTAGE HOLD | 0875 LPOST | 0.58 |
| /25/2007 | H109 | LEGAL POSTAGE HOLD | 0908 LPOST | 1.48 |
| /25/2007 | H109 | LEGAL POSTAGE HOLD | 0908 LPOST | 1.48 |
| /25/2007 | H109 | LEGAL POSTAGE HOLD | 0908 LPOST | 1.65 |
| /26/2007 | H109 | LEGAL POSTAGE HOLD | 0923 LPOST | 1.31 |
| /26/2007 | H109 | LEGAL POSTAGE HOLD | 0923 LPOST | 2.84 |
| /01/2007 | H109 | LEGAL POSTAGE HOLD | 0940 LPOST | 2.33 |
| /03/2007 | H109 | LEGAL POSTAGE HOLD | 0966 LPOST | 1.14 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 42.22 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 42.22- |

REPORT ID: TS3030 .701                                    REPORT DATE: 09/19/0
                                                             PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 19, 2007

ACCOUNT NUMBER : T19095                      BED/CELL NUMBER: FDB2T1000000122L
ACCOUNT NAME   : MILLS, KENNETH WAYNE        ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                         TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                        CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 09/04/2007 | H118 | LEGAL COPIES HOLD | 0665 LCOPY | 11.40 |
| 09/04/2007 | H109 | LEGAL POSTAGE HOLD | 0665 LPOST | 2.50 |
| 09/04/2007 | H109 | LEGAL POSTAGE HOLD | 0665 ENVEL | 2.25 |
| 09/04/2007 | H109 | LEGAL POSTAGE HOLD | 0673 LPOST | 0.41 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0691 LPOST | 0.41 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0691 LPOST | 0.58 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0691 LPOST | 0.41 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0702 LPOST | 1.31 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0702 ENVEL | 2.45 |
| 09/06/2007 | H118 | LEGAL COPIES HOLD | 0702 LCOPY | 20.00 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 1.82 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 1.48 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 1.82 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 0.41 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 0.41 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 0.41 |
| 09/07/2007 | H107 | POSTAGE HOLD | 0721 POST | 0.41 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.82 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 0.58 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.65 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.82 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.31 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 0.75 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.82 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.48 |
| 09/14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| 09/14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| 09/14/2007 | H109 | LEGAL POSTAGE HOLD | 0806 ENVEL | 2.45 |
| 09/14/2007 | H118 | LEGAL COPIES HOLD | 0807 LCOPY | 14.80 |
| 09/17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.31 |
| 09/17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 0.41 |
| 09/17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.48 |

150f36

(50f81

REPORT ID: TS3030  .701

REPORT DATE: 09/19/
PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 19, 2007

ACCT: T19095      ACCT NAME: MILLS, KENNETH WAYNE          ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 80.98 | 0.00 |

CURRENT
AVAILABLE
BALANCE

80.98

*EXHIBIT*

*3/of 85*

High Desert State Prison
P.O. Box 750
Susanville, CA  96127-0750

03/19/02

SOLANO COUNTY SUPERIOR COURT
HALL OF JUSTICE, NORTH WING
600 UNION AVENUE
FAIRFIELD,  CA  94533

RE: MILLS, KENNETH                    Date of Arrest:
CDC#: T-19095                          Booking #:
Case #: VCR147775                      Report #:
Sentence Date: 06/01/01               Charge:

Dear Sir:

The above identified Subject has been sentenced to the California
Department of Corrections from your County. We have not received
the following documents/information on the above case. It is of
the utmost importance these documents/information are received to
properly record the commitment. *CDC NEVER RECIEVED DOCUMENTS that WAS
TO ACCOMPANY ME to PRISON, STATUS ILLEGAL IMPRI-*

( ) INFORMATION                        *SONMENT WITH T-19095*
( ) PROBATION OFFICERS REPORT
( ) CERTIFIED COPY OF ABSTRACT OF JUDGMENT - COMMITMENT
( ) TRANSCRIPT OF PROCEEDINGS AT TIME OF SENTENCING
(XXX) MINUTE ORDER -CERTIFIED
( ) ARREST REPORT/INVESTIGATIVE REPORT

Your cooperation in this matter is greatly appreciated.

Sincerely,           *THIS WAS TO ACCOMPANY ME to PRISON
                      But IT DIDN'T ILLEGALLY IMPRISONED*
D. L. RUNNELS       *06/2001 PRISON T-19095 - CASE NO. VCR147775*
WARDEN              *(WHICH WAS DISMISSED ON 01-25-01 BY SUPERIOR*
                     *COURT JUDGE ALLAN CARTER AT Probation*
D. SADER             *REVOCATION HEARING.*
Correctional Case Records Manager
(530) 251-5100 EXT. 5574
                              *Kenneth Mills T-19095*

cc:  Central File
     Inmate

*(6of8)*

*84of36*



COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 1

In re KENNETH MILLS on Habeas Corpus.

A115580
Solano County No. VCR147775

BY THE COURT:

The petition for writ of habeas corpus is denied.

The justices participating in this matter were:

Presiding Justice Marchiano, Justice Swager and Justice Margulies

FILED

OCT 2 6 2006

Court of Appeal - First Appellate Dist.
DIANA HERBERT
By _____
DEPUTY

*386 Days for the
Habeas Corpus to be
Responded, from
Today's Date
September 05th. 2007

Due Process Violation
Kenneth Mills
Pro Per*

Date: OCT 2 6 2006    MARCHIANO, P.J. _____ P.J.

*This Court Issues By A Natural Person No
Uttered As Law Demand Received the 09-05-07
Kenneth Mills Violation of Due Process
of Habeas Corpus petition
(60) Days to Have Response*

33 of 36    (5 of 8)

orcc1a

*B 3 464*
*EXHUBIT 024*

MC-275

Name "KENNETH WAYNE MILLS"

Address "SALINAS VALLEY STATE PRISON"
"125 ALNER STREET"
"SOLEDAD, CALIFORNIA 93960"

CDC or ID Number "T-19095"

"SACRAMENTO COUNTY SUPERIOR CT.
720 9TH STREET"

(Court)

---

"KENNETH MILLS"

Petitioner

vs.

"GALLEY PATRONE BRAJEVICH"
"ATTORNEY AT LAW"

Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. "07F03696"

(To be supplied by the Clerk of the Court)

"AMENDED"

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

*[handwritten top right: APPEAL NO. B193956 S20769]*

etition concerns:

☐ A conviction                    ☐ Parole

☐ A sentence                      ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☑ Other (specify): *"ADMENDMENT"*

1. Your name: *"KENNETH MILLS"*

2. Where are you incarcerated? *"SALINAS VALLEY STATE PRISON"*

3. Why are you in custody?  ☑ Criminal Conviction  ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").
   *"MAYHEM"*
   *"ASSAULT W/ DEANY WEDPAN"*

b. Penal or other code sections: *§ 205    § 245 (9)(1)*

c. Name and location of sentencing or committing court: *SUPERIOR COURT OF CALIFORNIA*
   *"LOS. ANGELES COUNTY" - "NORWALK COURT-HOUSE"*

d. Case number: *"VA088677"*

e. Date convicted or committed: *"JUNE 06TH 2006"*

f. Date sentenced: *"AUGUST 28TH 2006"*

g. Length of sentence: *"LIFE" + (6) YEARS"*

h. When do you expect to be released? *"NOT KNOWN"*

i. Were you represented by counsel in the trial court? ☐ Yes. ☑ No. If yes, state the attorney's name and address:
   *"N/A"*

4. What was the LAST plea you entered? *(check one)*

   ☑ Not guilty  ☐ Guilty  ☐ Nolo Contendere  ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☑ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

*[handwritten bottom: 2 of 85]    [handwritten bottom center: 10 of 80]*

Exhibit
(24 A                    B1923956
                         11 OF 85

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

"THE TRIAL COURT OVER STEPPED BOUNDRIES;"

" SPEEDY TRIAL VIOLATIONS "(60) DAYS VIOLATION;"

" SUPERIOR COURT JUDGE LARRY KNUPP UNLAWFULLY STOPPED COURT PROCEEDINGS FOR PEN. C SECTION $1368;"

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

"PETITIONER IS SEEKING RELIEF FROM "PROCEDURE DEFAULT" AND PETITIONER IS CLAIMING SERIOUS INJURIES" (MENTAL & PHYSICAL) DUE TO "ILLEGAL INCARCERATION" THATS "VERY PRE-JUDICIAL TO APPELLATE;" (SPEEDY TRIAL VIOLATIONS) I "MADE APPEARENCE" IN "NORWALK SUPERIOR COURTHOUSE" WITH SUPERIOR COURT JUDGE "OF CAL OF" LARRY KNUPP" PRESIDING "OVER MY" CRIMINAL TRIAL; (CASE NO. VA088177) "SEPTEMBER 06 2006;" (I APPEARED UNDER PROPRIA-PERSONA) (MY" CONSTITUTIONAL RIGHTS to SPEEDY TRIAL BEGAN" MY "RIGHTS to (60) DAYS to SPEEDY TRIAL" BEGAN.

I "MADE APPEARANCE "to "NORWALK COURTHOUSE" (NOVEMBER 02 NO 2006) WITH "PRESIDING JUDGE "LARRY KNUPP;" AT THIS TIME THE "DEPUTY DISTRICT ATTORNEY" STATED; "I DONT THINK HES COMPETENT JUDGE;" (AT THIS TIME APPELLANT "MADE "NO UNRULY ACTIONS" to HAVE TRIAL STOPPED" JUDGE LARRY KNUPP HAULTED PROCEEDINGS" FOR PEN. C $1368

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

"#1; FEDERAL CONSTITUTION ISSUE - REVIEW; (PETITION);

"#2" CONSTITUTIONAL RIGHTS to SPEEDY TRIAL (60-DAYS);

"#3" CONSTITUTION OF THE UNITED STATES - AMENDMENTS V-VI-VIII-

"#4 XIV;" "IMMUNITY OF STATE HOSPITAL VIOLENT ACT;

#5" CRC RULE "29 - RULE "4.100 - RULE NO. 4.110";

7. Ground 2 or Ground _____ (if applicable):

THE "TRIAL COURT / SUPERIOR COURT OF CA. JUDGE "CYNTHIA RAY-VIS" VIOLATED MY CONSTITUTIONAL RIGHT "TO" SPEEDY TRIAL; FEBURARY 08TH 2006 I LODGED A PEN. C§170.6 (DISQUALIFIER) AGAINST AGAINST SUPERIOR COURT (OF CA.) JUDGE LARRY KNUPP-NORWALK COURTHOUSE

a. Supporting facts:

PETITIONER IS CLAIMING SERIOUS UNLAWFUL ACTIONS AGAINST "SUPERIOR COURT JUDGE "CYNTHIA RAYVIS THATS "VERY PREJUDICIAL" TO "APPELLANT AND UNLAWFULLY IMPRISONED APPELLATE."
ON "FEBURARY 08TH 2006" APPELLATE MADE APPEARANCE IN THE SUPERIOR COURT OF CALIFORNIA - COUNTY OF LOS ANGELES - NORWALK COURT HOUSE - "SUPERIOR COURT JUDGE "CYNTHIA RAYVIS" PRESIDING OVER MY CRIMINAL CASE NO. VA088677.
APPELLANT HAD "AWAITED FIFTY SEVEN (57) DAYS FOR CONSTITU-TIONAL (60) DAYS SPEEDY TRIAL (APPELLATE WAS APPEARING UNDER PROGTA - PERSONA. (PRO-PER - DEFENDING ONES SELF IN CRIMINAL TRIAL) APPELLATE HAS BEEN "TRANSFERED "FROM SUPERIOR COURT OF CA. JUDGE "LARRY KNUPP. COURT ROOM FOR PREJUDICIAL ACTIONS COMMITTED AGAINST APPELLATE, APPELLATE FILED A PEN. C SECTION "§170.6 "AND "DISQUALIFIED SUPERIOR COURT JUDGE "LARRY KNUPP FROM "HEARING/PRESIDING" OVER MY CRIMINAL CASE NO. VA088677. APPELLATE WAS SENT "NEXT DOOR "TO "SUPERIOR COURT JUDGE (OF CA.) "CYNTHIA RAYVIS "TO CONTINUE MY CRIMI-NAL TRIAL (VA088677) INSTEAD OF CONTINUING FROM "57 OF 60" MY CRIM. TRIAL WAS STARTED ANEW. TO 60!

b. Supporting cases, rules, or other authority:

RIGHT TO SPEEDY TRIAL SEE CRIMINAL LAW §§ 2080 ET. SEQ. PENA [FN2] IN RE YUNG (1908) 7 CAL. APP. 772, 96 P.2d 9 42167 CALIFORNIA JURISPRUDENCE 3d CRIMINAL LAW: POST-TRIAL PROCEEDINGS 9 22C CAL. JUR. 3d CRIMINAL LAW: POST TRIAL PROCEEDINGS §907; CAL. RPR. 3d 779, 110 CAL. APP. 4th 492. PEOPLE V. SMITH (2003)

8.  Did you appeal from the conviction, sentence, or commitment?   ☒ Yes.   ☐ No.   If yes, give the following information:

    a.  Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

    _"HAVEN'T HEARD"_

    b.  Result _HAVEN'T HEARD_   c.  Date of decision: _HAVEN'T HEARD_

    d.  Case number or citation of opinion, if known: _B193456_

    e.  Issues raised: (1) _ILLEGAL IMPRISONMENT/ P.C. §1368(c) Violations_

        (2) _"NOT GIVEN ATTORNEY FOR COMPETENCY HEARING PC§1368_

        (3) _"YVIA"_

    f.  Were you represented by counsel on appeal?   ☒ Yes.   ☐ No. If yes, state the attorney's name and address, if known:

    _$ SALLY PATRONE (BRAJEVICH (SBN 16(863)_

9.  Did you seek review in the California Supreme Court?   ☐ Yes   ☐ No.   If yes, give the following information:

    a.  Result _____   b.  Date of decision: _____

    c.  Case number or citation of opinion, if known: _____

    d.  Issues raised:  (1) _____

        (2) _____

        (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal: _APPEAL ATTORNEY (SALLY P. BRAJEVICH) REFUSES TO RAISE Violations of SPEEDY TRIAL (60) DAYS_

11. Administrative Review:

    a.  If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review: _THIS A COURT/APPEAL ISSUE NOT A ADMIN-ISTRATIVE ISSUE!_

    b.  Did you seek the highest level of administrative review available?   ☐ Yes.   ☐ No.
        *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _STATE BAR OF CALIFORNIA_

   (2) Nature of proceeding (for example, "habeas corpus petition"): _COMPLAINT (MOTIONS & PETITION)_

   (3) Issues raised: (a) _(60) DAY SPEEDY TRIAL VIOLATIONS_

   (b) _ATTORNEY NOT GIVEN FOR PIC §1368 HEARING_

   (4) Result (Attach order or explain why unavailable): _NOT KNOWN - ON GOING_

   (5) Date of decision: _"N/A"_

   b. (1) Name of court: _"N/A"_

   (2) Nature of proceeding: _"N/A"_

   (3) Issues raised: (a) _"N/A"_

   (b) _"N/A"_

   (4) Result (Attach order or explain why unavailable): _Acidicting_

   (5) Date of decision: _None_

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: _N/A_ _N/A_

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) _APPEAL ATTORNEY SALLY PATRONE BRAJEVICH REFUSES TO PLACE IN CRIM. APPEAL (B193456) SPEEDY TRIAL VIOLATIONS_

16. Are you presently represented by counsel? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known: _SALLY PATRONE BRAJEVICH- 1374 PARK WESTERN DRIVE #916-SAN PEDRO CALIF. 90732_

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain: _"N/A"_ _"N/A"_

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: _SUPERIOR COURT OF CALIFORNIA - NORWALK SUPERIOR COURT - JUDGES LARRY KNUPP & CYNTHIA RAYES COMMITTED VIOLATIONS AGAINST ME_

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _10 - 2007_          ▶ _Everett Mill_
(SIGNATURE OF PETITIONER)

*Exhibit 28) A - 3 (4 OF 1)* [handwritten]

*INQUIRY* [handwritten]
*07-12239* [handwritten]

Mr. Kenneth W. Mills
March 5, 2007
**Privileged Attorney-Client Communications**

*2 Appoy/eous. Trial Transcript* [handwritten]

53-54.) You filed a motion claiming a speedy trial violation on February 24, 2006. (1CT 55.) The courts have determined when criminal proceedings are resumed following a competency evaluation under Penal Code section 1368, the time starts at 0 of 60 again. The clock resets at zero. (Pen. Code, § 1382(a)(2); *People v. Love* (2005) 132 Cal.App.4th 276, 285.) Penal Code section 1382(a)(2) states unless good cause is shown the trial court should dismiss:

*THIS IS NOT REARRAIGN TRIAL.* [handwritten]

*Clock Docet Restart* [handwritten]

"In a felony case, when a defendant is not brought to trial within 60 days of the defendant's arraignment on an indictment or information, or reinstatement of criminal proceedings pursuant to Chapter 6 (commencing with Section 1367) ..." *face all over again* [handwritten]

*NOT RESTARTING* [handwritten]

This means after you were found competent on February 8, 2006, the clock was reset at 0 of 60 and the court had 60 days to try you, on or before April 10, 2006 (which was a Sunday), giving the court until Monday, April 10, 2006, which is when your first trial began. (1CT 70.) Consequently, I am unable to raise this issue on appeal.

*ILLEGALLY* [handwritten]

*I MADE NO MOTION OF THIS* [handwritten]

You mentioned the witnesses at trial lied about your statement/gesture that you poked the victim's eyes out with your fingers. This will be a difficult hurdle to overcome on appeal, since the jury heard the testimony against you, found the charges to be proven, and convicted you.

I also received your paperwork indicating you wish to proceed with the appeal despite the risk of a possible adverse consequence. The appeal is proceeding.

You have indicated you do not want me representing you. Unfortunately there is no right to represent yourself on appeal. Please be assured that I am diligently working on your case, and I want the best possible outcome for you. *MADE (4) four REQUESTS FOR MY COURT TRANSCRIPT. All REQUESTS DENIED ME* [handwritten]

You have also requested a copy of your trial transcripts. I have a copy of the trial transcripts in case number VA088677. You are only provided with one copy which I need to prepare the appeal. There is no right to represent yourself on appeal. If there is a specific witness you would like the testimony from, I can copy a portion of the record for you now. However, I need the transcripts until the state appeal is over. At that time I will promptly sent the records to you.

*I was not provide with a copy of my Trial transcript. Judge Cynthia Ra REFUSED to give all copy. I Requested...* [handwritten]

*3 of 86* [handwritten]
*(1 ...)* [handwritten]

*With property new from me I Dont HAVE Items neeDed* <br>
*a For these petitions*

COURT OF APPEAL - SECOND D...

~~ORIGINAL~~ FILED

MC-275

JUN 28 2007

JOSEPH A. ...

*Rey* _____ Deputy

Name **KENNETH W. MILLS**

Address *"SALINAS VALLEY STATE PRISON"*

*POST OFFICE BOX- 1050"*

*SOLEDAD CALIFORNIA 93960 "*

CDC or ID Number *"T-19095"*

*"COURT OF APPEALS STATE OF CA"* <br>
*"2ND APPELLATE DISTRICT DIVISION (8)"*

(Court)

**B200127**

Petitioner *"KENNETH WAYNE MILLS"*

vs.

Respondent *"PEOPLE OF STATE OF CALIF"* <br>
*(CALIFORNIA)*

**PETITION FOR WRIT OF HABEAS CORPUS**

No. *"B192141"*   *B192141  8/..*

*B192165  8/..*

(To be supplied by the Clerk of the Court)

*B-193456*   *B193456  8/14*

*B193530  8/..*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

*Where court From? I Dont Recall of these* <br>
*Kennith W Mills* <br>
*T-19095* <br>
*10/08/07*

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.; <br>
Cal. Rules of Court, rule 8.380

REPORT ID: TS3030  .701

REPORT DATE: 10/05/07
PAGE NO:      1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 05, 2007

ACCOUNT NUMBER : T19095
ACCOUNT NAME   : MILLS, KENNETH WAYNE
PRIVILEGE GROUP: A

BED/CELL NUMBER: FDB4T1000000131L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| /07/2007 | H107 | POSTAGE HOLD | 0721 POST | 0.41 |
| /14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| /14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| /14/2007 | H118 | LEGAL COPIES HOLD | 0807 LCOPY | 14.80 |
| /17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.31 |
| /17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.48 |
| /19/2007 | H109 | LEGAL POSTAGE HOLD | 0856 LPOST | 0.92 |
| /20/2007 | H109 | LEGAL POSTAGE HOLD | 0867 LPOST | 4.90 |
| /20/2007 | H109 | LEGAL POSTAGE HOLD | 0867 LPOST | 0.41 |
| /20/2007 | H109 | LEGAL POSTAGE HOLD | 0867 ENVEL | 3.05 |
| /21/2007 | H109 | LEGAL POSTAGE HOLD | 0875 LPOST | 1.31 |
| /21/2007 | H109 | LEGAL POSTAGE HOLD | 0875 LPOST | 0.58 |
| /25/2007 | H109 | LEGAL POSTAGE HOLD | 0908 LPOST | 1.48 |
| /25/2007 | H109 | LEGAL POSTAGE HOLD | 0908 LPOST | 1.48 |
| /25/2007 | H109 | LEGAL POSTAGE HOLD | 0908 LPOST | 1.65 |
| /26/2007 | H109 | LEGAL POSTAGE HOLD | 0923 LPOST | 1.31 |
| /26/2007 | H109 | LEGAL POSTAGE HOLD | 0923 LPOST | 2.84 |
| /01/2007 | H109 | LEGAL POSTAGE HOLD | 0940 LPOST | 2.33 |
| /03/2007 | H109 | LEGAL POSTAGE HOLD | 0966 LPOST | 1.14 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 42.22 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
42.22-

046136

REPORT ID: TS3030 .701                                    REPORT DATE: 09/19/0
                                                          PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 19, 2007

ACCOUNT NUMBER : T19095                    BED/CELL NUMBER: FDB2T1000000122L
ACCOUNT NAME   : MILLS, KENNETH WAYNE       ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                        TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                        CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 09/04/2007 | H118 | LEGAL COPIES HOLD | 0665 LCOPY | 11.40 |
| 09/04/2007 | H109 | LEGAL POSTAGE HOLD | 0665 LPOST | 2.50 |
| 09/04/2007 | H109 | LEGAL POSTAGE HOLD | 0665 ENVEL | 2.25 |
| 09/04/2007 | H109 | LEGAL POSTAGE HOLD | 0673 LPOST | 0.41 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0691 LPOST | 0.41 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0691 LPOST | 0.58 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0691 LPOST | 0.41 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0702 LPOST | 1.31 |
| 09/06/2007 | H109 | LEGAL POSTAGE HOLD | 0702 ENVEL | 2.45 |
| 09/06/2007 | H118 | LEGAL COPIES HOLD | 0702 LCOPY | 20.00 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 1.82 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 1.48 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 1.82 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 0.41 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 0.41 |
| 09/07/2007 | H109 | LEGAL POSTAGE HOLD | 0719 LPOST | 0.41 |
| 09/07/2007 | H107 | POSTAGE HOLD | 0721 POST | 0.41 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.82 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 0.58 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.65 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.82 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.31 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 0.75 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.82 |
| 09/12/2007 | H109 | LEGAL POSTAGE HOLD | 0757 LPOST | 1.48 |
| 09/14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| 09/14/2007 | H109 | LEGAL POSTAGE HOLD | 0804 LPOST | 0.41 |
| 09/14/2007 | H109 | LEGAL POSTAGE HOLD | 0806 ENVEL | 2.45 |
| 09/14/2007 | H118 | LEGAL COPIES HOLD | 0807 LCOPY | 14.80 |
| 09/17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.31 |
| 09/17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 0.41 |
| 09/17/2007 | H109 | LEGAL POSTAGE HOLD | 0825 LPOST | 1.48 |

15 of 86

15 of 61

REPORT ID: TS3030 .701

REPORT DATE: 09/19/
PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU SEP. 19, 2007

ACCT: T19095       ACCT NAME: MILLS, KENNETH WAYNE          ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 80.58 | 0.0 |

CURRENT
AVAILABLE
BALANCE

80.9

*Exhibit (44),rs*
*B173456*

*40F85*

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,** | ) |
| | ) Court of Appeal |
| Plaintiff and Respondent, | ) No. B193456 |
| | ) |
| **v.** | ) |
| | ) Los Angeles County |
| **KENNETH W. MILLS,** | ) Superior Court |
| | ) No.VA088677 |
| Defendant and Appellant. | ) |
| | ) |

## I.

## SECOND MOTION TO AUGMENT
## THE RECORD ON APPEAL

Appellant respectfully requests pursuant rules 8.155 and 8.324 of the California Rules of Court for an order augmenting the record on appeal as specified herein. Appellate counsel has made one previous request for augmentation. Appellant requests the following:

1)    Reporter's Transcript of **November 2, 2005**, Southeast Dept. SES, Judge Larry

       S. Knupp, Reporter Linda Peralta, where the prosecutor declared a doubt as to

       appellant's mental competency pursuant to Penal Code section 1368, and

       criminal proceedings were suspended.

              The failure to appoint counsel for a pro per defendant when a doubt has

been declared as to his competency under Penal Code, section 1368, is reversible

error. (*People v. Jennan* (2007) 148 Cal.App.4th 1144.) This issue had been raised

in the briefs. In the initial augment motion the date was listed as November 11, 2005.

The date is actually November 2, 2005.

*Pg #2 & #4 DONT Match-up !*
*Kenneth Mills F-18005*
*D-4/181L*
*10-17-07*

1

*P80F86*

*B193456*

40F86

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

|  |  |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,** | ) |
|  | ) |
|  | ) Court of Appeal |
| Plaintiff and Respondent, | ) No. B193456 |
|  | ) |
| **v.** | ) |
|  | ) Los Angeles County |
| **KENNETH W. MILLS,** | ) Superior Court |
|  | ) No. VA088677 |
| Defendant and Appellant. | ) |
|  | ) |

## I.

## SECOND MOTION TO AUGMENT
## THE RECORD ON APPEAL

Appellant respectfully requests pursuant rules 8.155 and 8.324 of the California Rules of Court for an order augmenting the record on appeal as specified herein. Appellate counsel has made one previous request for augmentation. Appellant requests the following:

1)    Reporter's Transcript of **November 2, 2005**, Southeast Dept. SES, Judge Larry S. Knupp, Reporter Linda Peralta, where the prosecutor declared a doubt as to appellant's mental competency pursuant to Penal Code section 1368, and criminal proceedings were suspended.

The failure to appoint counsel for a pro per defendant when a doubt has been declared as to his competency under Penal Code, section 1368, is reversible error. (*People v. Jennan* (2007) 148 Cal.App.4th 1144.) This issue had been raised in the briefs. In the initial augment motion the date was listed as November 11, 2005. The date is actually November 2, 2005.

*PG #2 & #4 DON'T MATCH-up!*
*Kenneth Mills T-18085*
*D-4/1816*
*10-17-07*

*Def. 11th 200*

*200F36*

1

50f85

Exhibit '3'-A

Appellate counsel is required to raise all arguable issues on appeal and to perfect the record. (*In re Smith* (1970) 3 Cal.3d 192.)  Inclusion of the requested material is needed to effectively represent appellant, and to fully address the issues in this case. (*People v. Gaston* (1978) 20 Cal.3d 476; *People v. Silva* (1978) 20 Cal.3d 489.)  It is respectfully requested that this Court order the record on appeal augmented with the transcripts of the proceedings documents as detailed herein.

## CONCLUSION

For the reasons set forth above, appellant respectfully requests that the second motion to augment be granted.

Dated:  **October 11, 2007**

Respectfully submitted,

SALLY P. BRAJEVICH
Attorney for Appellant

2(of 36

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

|  |  |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,** | ) |
| | ) |
| | ) Court of Appeal |
| Plaintiff and Respondent, | ) No. B193456 |
| | ) |
| **v.** | ) Los Angeles County |
| | ) Superior Court |
| **KENNETH W. MILLS,** | ) No. VA088677 |
| | ) |
| Defendant and Appellant. | ) |
| | ) |

APPEAL FROM THE JUDGMENT OF
THE SUPERIOR COURT OF LOS ANGELES COUNTY
THE HONORABLE LARRY S. KNUPP AND CYNTHIA RAYVIS JUDGES

**MOTION TO AUGMENT THE RECORD ON APPEAL**

SALLY P. BRAJEVICH
1379 Park Western Drive, # 316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684
State Bar No. 161863

Attorney for Appellant
KENNETH W. MILLS

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,** | ) |
| | ) |
| Plaintiff and Respondent, | ) Court of Appeal |
| | ) No. B193456 |
| **v.** | ) |
| | ) Los Angeles County |
| **KENNETH W. MILLS,** | ) Superior Court |
| | ) No. VA088677 |
| Defendant and Appellant. | ) |
| | ) |

DECLARATION OF SALLY P. BRAJEVICH IN SUPPORT OF
<u>SECOND MOTION TO AUGMENT RECORD ON APPEAL</u>

SALLY P. BRAJEVICH declares under penalty of perjury:

I am the attorney appointed to represent appellant Kenneth W. Mills for this appeal. All of the factual statements made in this second motion to augment the record are true and correct to the best of my knowledge. The materials sought to be included in the record are necessary for a proper determination of the appeal and to perfect the record on appeal per counsel's duty.

Executed on October 11, 2007, at San Pedro, California.

_____
SALLY P. BRAJEVICH
Attorney for Appellant
KENNETH W. MILLS

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT, DIVISION EIGHT

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,** | ) |
| | ) |
| Plaintiff and Respondent, | ) Court of Appeal |
| | ) No. B193456 |
| **v.** | ) |
| | ) Los Angeles County |
| **KENNETH W. MILLS,** | ) Superior Court |
| | ) No. VA088677 |
| Defendant and Appellant. | ) |
| | ) |

APPEAL FROM THE JUDGMENT OF
THE SUPERIOR COURT OF LOS ANGELES COUNTY
THE HONORABLE LARRY S. KNUPP AND CYNTHIA RAYVIS JUDGES

**SECOND MOTION TO AUGMENT THE RECORD ON APPEAL**

SALLY P. BRAJEVICH
1379 Park Western Drive, # 316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684
State Bar No. 161863

Attorney for Appellant
KENNETH W. MILLS

*Exhibit (#7) A*

*RECIEVED THIS NOV. 6th 2007*
*Mill B 193456 (APP)*

# SALLY P. BRAJEVICH
Attorney at Law
1379 Park Western Drive, #316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684

November 9, 2007

**LEGAL MAIL**

### Privileged Attorney-Client Communications

Mr. Kenneth W. Mills       T-19095
Salinas Valley State Prison   D2-122L
P.O. Box 1050
125 Alder Street
Soledad, CA 93960

Re:    *People v. Kenneth W. Mills*
       Court of Appeal No. B193456
       <u>Superior Court No. VA088677</u>

Dear Mr. Mills:

I received your recent letter.  As you are aware, I have already sent you the portion of the records you requested.  I understand that you want the entire transcripts.  However, as I have told you repeatedly, I need the records to prepare your appeal.

Very truly yours,

SALLY P. BRAJEVICH

*Recieved this Nov. 19th 2007*
*mill B193456 (APP)*

# SALLY P. BRAJEVICH

Attorney at Law
1379 Park Western Drive, #316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684

November 9, 2007

**LEGAL MAIL**

### Privileged Attorney-Client Communications

Mr. Kenneth W. Mills      T-19095
Salinas Valley State Prison  D2-122L
P.O. Box 1050
125 Alder Street
Soledad, CA 93960

Re:   *People v. Kenneth W. Mills*
      Court of Appeal No. B193456
      <u>Superior Court No. VA088677</u>


Dear Mr. Mills:

I received your recent letter.  As you are aware, I have already sent you the portion of the records you requested.  I understand that you want the entire transcripts.  However, as I have told you repeatedly, I need the records to prepare your appeal.


Very truly yours,

SALLY P. BRAJEVICH

260036

# SALLY P. BRAJEVICH
### Attorney at Law
1379 Park Western Drive, #316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684

August 16, 2007

__LEGAL MAIL__         **Privileged Attorney-Client Communications**

Mr. Kenneth W. Mills    T-19095
Salinas Valley State Prison   D2-122L
P.O. Box 1050
125 Alder Street
Soledad, CA 93960

Re:   *People v. Kenneth W. Mills*
      Court of Appeal No. B193456
      __Superior Court No. VA088677__

Dear Mr. Mills:

You have requested a copy of the reporter's transcripts and clerk's transcripts for the following dates:

(1)   November 2, 2005:   Enclosed is an affidavit from the court reporter stating there was no reporter's transcript on this date, along with the clerk's transcript of this date. (Affidavit; 1CT 48-49.)

*[handwritten: I I DO Not HAVE AN Affidavit on this NMe]*
*[handwritten: NOV 11th 2057 there WAS No Proceedgs Net Nov 62 05]*

(2)   November 11, 2005:   There was no hearing on this date. The clerk's notes indicate the proceedings were continued from November 11, 2005, until December 28, 2005.
*[handwritten: Mills]*

(3)   June 6, 2006:   The reporter's transcript and clerks transcript from this date are enclosed. (1CT 263-266; 3RT 418-474.)

(4)   February 8, 2006:   The reporter's transcript and clerk's transcript from this date are enclosed. (Supp. RT C3-C14; 1CT 53-54.)

(5)   August 28, 2006:   You were sentenced in this case on June 28, 2008. I did not receive any records after that date.

You mentioned you wanted a case returned to you. Please provide me the name of the case, and I will return it to you. In the future, you should keep a copy of anything you send me.

*[handwritten: 270 C36]*    *[handwritten: 14 19 of 44]*

*Exhibit (20) A* (handwritten)

# SALLY P. BRAJEVICH

Attorney at Law
1379 Park Western Drive, #316
San Pedro, California 90732
Telephone: (310) 832-9385
Fax: (310) 832-9684

October 11, 2007

**LEGAL MAIL**          **Privileged Attorney-Client Communications**

Mr. Kenneth W. Mills     T-19095
Salinas Valley State Prison   D2-122L
P.O. Box 1050
125 Alder Street
Soledad, CA 93960

Re:   *People v. Kenneth W. Mills*
      Court of Appeal No. B193456
      Superior Court No. VA088677

Dear Mr. Mills:      *ATTORNEY HAS DENIED ME COPY OF "ALL" TRANSCRIPTS* (handwritten)

Enclosed is a copy of the second motion to augment which was filed in the Court of Appeal. I am also returning several items you sent me which I have copied. With respect to your request for the transcripts, I already sent you the portion of the transcripts you requested. The entire transcripts will be sent to you as soon as the appeal has concluded. In the meantime I need the transcripts to prepare the appeal.   *ATTORNEY HAS DENIED ME ENTIRE TRANSCRIPTS* (handwritten)

After the Court of Appeal issues an opinion, I generally file a Petition for Review with the California Supreme Court. This allows the California Supreme Court to consider the issues the appellant lost. It also "exhausts" the issues, allowing the defendant to proceed to federal court on his own with these issues. Only claims which have been presented to the California Supreme Court may be raised in a federal habeas petition. If you would prefer to file your own Petition for Review, instead of having me do so, you may. Please write back and tell me your preference. Keep in mind you only have 40 days from the date of the opinion to file the Petition for Review. This deadline may not be extended. The time frame is tight when the appellant is in prison due to limited access to the prison law library, and delays in mailing the opinion and the records to and from the prison. It is usually easier and faster for me to file the petition. I will do whatever you prefer.

Very truly yours,

SALLY P. BRAJEVICH
Enclosure

*28 of 36* (handwritten)

AB 1302 ASSEMBLY BILL

"CHAPTERED - "BILL TEXT"

CHAPTER 475 ", "($100 A DAY For Every DAY Illegal Imprise"

FILED WITH SECRETARY OF STATE SEPT. 22,

"APPROVED BY GOVERNOR" SEPT. 22, C

"PASSED THE SENATE" "SEPT. 12, 03 ",

"PASSED THE ASSEMBLY" "SEPT. 13, 03 ",

"AMENDED IN SENATE "SEPT. 12, 03 "

"AMENDED IN SENATE ""JULY 09, 0

"AMENDED IN ASSEMBLY ""APRIL 22

(INTRODUCED BY ASSEMBL

MEMBER " "SIMITIAN - "PRINC

²AL    COAUTHER: "SENATOR SHER")

(1of 21 " FEBURARY 21 2003 "

AN ACT RELATING " TO THE PAYMENT OF

CLAIMS AGAINST THE STATE, MAKE

2 of AN "APPROPRIATION" THEREOF, AND "DECLARING TH

"AUGUST 21st 2007"    Exhibit "41" A

"PAGE 21"

ILLEGALLY IMPRISONED. THE "APPELLATE" IS
REQUESTING FOR THE "COURT" TO GO THROUGH" TH
"ENTIRE" "CRIMINAL TRANSCRIPTS" ("REPORTERS" NOTE
FOR "CRIMINAL CASE" #VA088677.
"APPELLATE" HAS "CONSTANTLY" TRIED TO HE
HIMSELF." (SEE "CALIFORNIA APPELLATE
~~APPELLATE~~ PROJECT" SUBMITTED WITH this "REQ
LETTER") ALSO SEE "BRIEF SUBMITTED "BY COUNSE
(ALLERD)" "THIS BRIEF" "DONT HAVE SIGNATURE "BY
A" CLERK" OR "DEPUTY CLERK" OF THE COURT."
(MAKING" BRIEF UNLAWFUL) ALSO SEE IN "BRIEF"
THE "DATE "OF" "NOVEMBER 11th 2005" "THIS DATE IS
"NOT CORRECT" THE "DATE IS TO BE "NOVEMBER 22c
(ONE DAY BEFORE MY BIRTHDAY (NOV. 3RD 1957)
IS WHEN "DISTRICT ATTORNEY" (DEPUTY) "STATED IN
COURT" "I DONT THINK HE'S COMPETENT" JUDGE
"I COMMITTED NO UNRULY CONDUCT "IN MY
"CRIMINAL TRIAL "(VA088677) WHEN (NOV. 2 2
"DEPUTY DISTRICT MADE STATEMENT "
"APPELLATE" "RESPECTFULLY REQUEST ENTIRE COURT
"FILE VA088677 GO THROUGH "BY THE COURT OF APPEAL

PROOF OF SERVICE BY MAIL

MY NAME IS "KENNETH MILLS (T-69085) AND IM THE "PETITIONER" IN THE CASE "KENNETH MILLS T-69085 AND IM A "UNITED STATES" "CITIZEN" AND "OVER THE YEARS OF (18)" AND MY ADDRESS IS: ( HABEAS CORPUS)

KENNETH MILLS T-69085
SALINAS VALLEY STATE PRISON CD-2/124C
125 ALDER STREET
SOLEDAD, CA.
93960-1050

I SERVED THE ATTACHED: (83) PAGES; (2) PETITION FOR WRIT OF HABEAS CORPUS: ATTACHMENT:

I MAILED THE ABOVE TO: OFFICE OF THE CLERK
U.S. DISTRICT COURT for the
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st STREET Rm 2112
SAN JOSE CALIF 95113-3095

I PLACED All (83) PAGES IN A MANILLA ENVELOPE, INSPECTED BY A "CALIFORNIA CORRECTIONAL OFFICER." "I SWEAR "UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS "TRUE & CORRECT "TO THE BEST OF MY KNOWLEDGE. "I PLACED (83) PAGES "IN U.S. MAIL" ON THE "18th" DAY "OF "DECEMBER "IN THE "YEAR OF 2007."

Kenneth Mills T-69085

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION 8

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff and Respondent,

7 of 88

vs.

KENNETH W. MILLS

Defendant and Appellant.

)
)
)
)
)
)
)
)
)
)
)

2d Crim. No. B193456

(Super. Ct. No. YA 088677 )

O R D E R
Re: AUGMENTATION

☐ Appellant's motion to augment the record on appeal is granted. The record on appeal is ordered augmented with:

   ☐ document(s) filed with the motion to augment as [exhibit(s)] _____ ;

   ☐ trial court exhibit(s) _____ ;

   ☐ the superior court file;

   ☐ the transcripts described below.

☐ The clerk of the superior court is ordered to have prepared (an) augmented reporter's transcript(s) of the following:

|  | REPORTER'S NAME | DEPT. | DATE | NATURE OF PROCEEDINGS |
|---|---|---|---|---|
| 1. | LINDA PERALTA | SES | 11-2-05 | COMPETENCY PROCEEDINGS PC 1368 NO COMPETENCY PROCEEDINGS WERE held This DATE |
| 2. | LINDA PERALTA | SES | 11-02-05 | CRIMINAL PROCEEDING for CASE # YAO88677 LIPPER NATURE OF PROCEEDINGS IS WRONG. TRYING |
| 3. |  |  |  | TO MISLEAD THE COURT OF APPEAL B193456 |
| 4. |  |  |  | ☐ see additional page(s) |

☐ The clerk of the superior court is ordered to prepare an augmented clerk's transcript consisting of the following:

|  | DATE | DOCUMENT DESCRIPTION |
|---|---|---|
| 1. |  |  |
| 2 |  |  |
| 3. |  |  |
| 4. |  | ☐ see additional page(s) |

☐ An original and _____ copies of the above transcripts are to be prepared within 30 days of this order. No requests for extensions of time will be granted. THE ORIGINAL AND ALL COPIES OF SEALED PROCEEDINGS ARE TO BE SENT TO THE COURT OF APPEAL ONLY. Otherwise, the original is to be delivered to the Court of Appeal, one copy to the Attorney General, and one copy to each party listed below:

☐ Appellant's opening brief is to be filed within _____ days of the filing of the augmented record.

☐ This Order continues on _____ additional page(s).   ___/___/___
                             Date         Presiding Justice

17 of 86

4

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT S                    HON. LARRY S. KNUPP, JUDGE


THE PEOPLE OF THE STATE OF CALIFORNIA )
                                      )
                         PLAINTIFF,   )
                                      )
            VS.                       )   NO.: VA088677
                                      )
KENNETH MILLS,                        )   AUGMENT TRANSCRIPT
                                      )
                         DEFENDANT.   )   AFFIDAVIT
                                      )


        I, LINDA R. PERALTA, DO HEREBY CERTIFY THAT:

        I AM AN OFFICIAL REPORTER OF THE SUPERIOR

COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS

ANGELES;

        THAT ON THE 1ST DAY OF JUNE, 2007, I RECEIVED A

NOTICE TO REPORTER TO PREPARE AUGMENT OF TRANSCRIPT ON

APPEAL IN THE ABOVE-ENTITLED ACTION;

        THERE WERE NO PROCEEDINGS HELD ON THE DATE OF

NOVEMBER 11, 2005, IN THE ABOVE-MENTIONED CASE ON THE

RECORD.

        I CERTIFY UNDER PENALTY OF PERJURY THAT THE

FOREGOING IS TRUE AND CORRECT.

        DATED THIS 22ND DAY OF JUNE, 2007.



                        _____
                        LINDA R. PERALTA, CSR 9269
                        OFFICIAL

I: 8D3

KENNETH MILLS
"APPELLATE"
"SALINAS VALLEY STATE PRISON"
"125 ALDER STREET"
"SOLEDAD CA." 93960

"HONORABLE PRESIDING JUSTICE" CANDANCE COOPER
AND "HONORABLE ASSOCIATE JUSTICES"
"COURT OF APPEALS"
"SECOND DISTRICT" "DIVISION EIGHT"
"300 S. SPRING STREET, SECOND FLOOR"
"LOS ANGELES, CA." "90013"

RE: PEOPLE V. KENNETH MILLS"
"COURT OF APPEAL NO. B193456"

"APPELLATE" RESPECTFULLY "REQUEST PERMISSION
TO FILE THIS "CORRESPONDENCE" AND to
"SUBMIT (2) EXHIBIT "(A & B)"
"APPELLATE" NOW STATES OF "BEING HELD ILLEGALLY
IMPROPERLY" NOW (85) DAYS" FROM "RESPONDANTS" "DUE
DATE" (RESPONDENT'S BRIEF)
"RESPONDENT" ALSO "RESPECTFULLY REQUESTS to be "PR
VIDED "WITH "ASSEMBLY BILL § 1302" (to BE "COD

#1. "ATTORNEY BRAJEULA"

#2. SINCE YOUNG ATTORNEY Handling

#3. MY "CRIMINAL CASE" (VA098677) ON "APPEAL

#4. "B193456" IM "AGAIN" REQUESTING" to BE

#5. "PROVIDED WITH MY "CRIMINAL COURT TRAN-

#6. CRIPTS" FROM THE "DATE" OF "NOVEMBER

#7. 2ND 2005 (Requesting who ... States I Had "Hearing" ... 

#8. ② I "MADE A PERSONAL COURT APPEARE

#9. NCE" TO "NORWALK SUPERIOR COURT "FOR" CASE

#10. NUMBER VA098677" "PRESIDENT JUDGE" WAS

#11. "LARRY KNUPP." A "COURT REPORTER" WAS PRE

#12. SENT "DURNING THIS PRE-CEEDINGS" (VA098677)

#13. "REPORTER TRANSCRIBED" THE PROCEEDINGS "HELD

#14. ON "NOVEMBER 02ND 2005. (THERE ALSO IS Computer

#15. RECORDS FOR THIS DATE.)

#16. THIS IS THE "DATE" OF MY "CRIMINAL PRO

#17. CEEDINGS" OF "CRIMINAL CASE VA098677"

#18. THIS ALSO IS "DATE" OF "STOPPAGE" OF M

#19. CRIMINAL TRIAL VA098677,

#20. MY TRANSCRIPTS OF "NOVEMBER 02ND 2005 Will

#21. SHOW MY ACTIONS (Along With Computer

#22. RECORDS - THAT I SOME HOW HAVE A COPY OF (Court

#23. RECORDS ARE NOT OFFICIAL IN COURT FOR Reasons

#24. Stopping trial (VA098677) ALSO REQUESTING "

#25. "THE JUDGE MUST RECORD THAT DOCTORS ons the

ATTORNEY BRATCHER

SINCE YOUR ATTORNEY Handling
MY "CRIMINAL CASE (:VA0986771 ON APPeal
#B193456" IM "AGAIN REQUESTING" TO BE
PROVIDED WITH "MY "CRIMINAL COURT TRAN-
CRIPTS" FROM THE "DATE" OF "NOVEMBER
2ND 2005 (Requesting why for stated I Had Hearing
I MADE A PERSONAL COURT APPEAR-
NCE" TO "NORWALK SUPERIOR Court "FOR "CASE
NUMBER VA088677." "PRESIDING JUDGE" WAS
"LARRY KNUPP." A "COURT REPORTER" WAS PRE-
SENT DURING THIS PROCEEDINGS (VA088677/
"REPORTER TRANSCRIBED" THE PROCEEDINGS THE
ON "NOVEMBER 02ND 2005." (THERE ALSO # Computer
RECORDS FOR THIS DATE)
THIS IS THE "DATE" OF MY "CRIMINAL PRO-
CEEDINGS" OF "CRIMINAL CASE VA088677
THIS ALSO IS "DATE" OF "STOPPAGE" OF MY
CRIMINAL TRIAL VA088677
MY TRANSCRIPTS of "November 02ND 2005 Will
SHOW MY ACTIONS (ALONG with Computer
RECORDS - THAT I Some How HAVE A COPY (Court
RECORDS ARE NOT OFFICIAL) IN COURT FOR REASON
STOPPED TRIAL (VA088677) ALSO REQUESTING
"TRIAL JUDGE MUST RECORD TRIAL "DOCKET ON THE

Exhibit 12/A

COUNT 41: THE FOLLOWING "CIVIL RIGHTS" HAS BEEN "VIOLATED":

"JUDGE LARRY KNUPP" WAS "PRESIDING JUDGE" "NOVEMBER 02 2005" AND "UNLAWFULLY" PUT A "HALT" TO MY "CRIMINAL PROCEEDINGS" (VA0886711)

ON NOVEMBER 02ND 2005 I MADE "COURT APPEARANCE" FOR "CRIMINAL CASE" (# VA0886779) IN "SUPERIOR COURT OF CALIFORNIA" — NORWALK COURT HOUSE — DEPARTMENT "T."

JUDGE "LARRY KNUPP" PRESIDING AND DEFENDANT (MILLS) WAS "APPEARING" UNDER "PRO PRIA — PERSONA" "STATUS." AT THIS TIME "DEFENDANTS (MILLS) HAD "A-WAITED" (57) DAYS" FOR "CONSTITUTIONAL" (60) DAYS FOR "SPEEDY" TRIAL".

THE "JUDGE" ASKED THE "DEFENDANT (MILLS) IF HE WAS "READY" TO "GO TO TRIAL". "DEFENDANT (MILLS STATED: "YES" AND YOU HAVE "THREE (3) DAYS" TO GET ME INTO MY "CONSTITUTIONAL SPEEDY TRIAL"

THE "DISTRICT ATTORNEY" STATED: I DON'T THINK H COMPETENT. (THIS "DEPUTY DISTRICT ATTORNEY" WHICH MADE THIS STATEMENT) "JUDGE KNUPP "SUSPENDED" PROCEEDINGS UNDER PENAL CODE § 1368

I MADE "NO "UNRULY" ACTIONS". THERE WAS NOT A "LAWFUL REASON" FOR "SUPERIOR COURT "JUDGE" KNU TO "HALT" PROCEEDINGS "UNDER "PENAL CODE SECTION §1368" AND "COURT RECORDS" WILL "SHOW" "BEYOND A DOUBT" WHO'S "RIGHT" AND "WHO'S WRONG".

Kenneth Mills                          DATE: 04/07/2007

71 of 86

(CONTINUED FROM REVERSE-SIDE)

#8th   I WAS AN "INDIGENT DEFENDANT" FOR CRIMINAL
TRIAL VA088677" (PRO PLIA-PERSONA)

#9   FROM "MY RESEARCH" IN STATING MY "CONSTITUTIONAL"
CIVIL RIGHTS" TO A "SPEEDY TRIAL "WAS "VIOLATED" BUT "MY
APPEALS ATTORNEY" (AND NOW YOU) ARE "VIOLATING" MY
"RIGHTS TO THE CONSTITUTION" (FEDERAL RIGHTS TO A SPEEDY TRIAL)

#10   "GRIFFIN V. ILLINOIS" (1956) 351 U.S. 12; 1379; 76
SCT 585, 100 L.Ed. 891 (INDIGENT DEFENDANTS ARE EN-
TITLED "TO "COURT TRANSCRIPTS" (ONLY "ONE COPY IS "MADE
OF COURT TRANSCRIPTS "FOR THE DEFENDANT)

#11   "ACCESS TO COURT TRANSCRIPTS:
1992 U.S. DIST. LEXIS 9751: "MIDDLETON V. NEW YORK STATE
JUNE 9th 1992:" DECIDED: U.S. DISTRICT COURT" 2ND CIRCUIT
(1985 to 1993) (PLAINTIFF AND COUNSEL NEITHER HAD A
TIMELY ACCESS TO COURT TRANSCRIPTS)

#12   IVE HAD MY "CONSTITUTIONAL RIGHTS VIOLATED (31X8 AND
WILL TELL IT ALL" CCOURT TRANSCRIPT) (THIS IS WHY IM
"DENIED" COURT TRANSCRIPTS" MANY FEDERAL VIOLATIONS)
MY "APPEAL ATTORNEY" WAS NOT "TO RECIEVE COPY" OF
APPEAL FIRST" THE "ONLY COPY" OF MY APPEAL "GOES TO THE
DEFENDANT: THE "CA. RULES OF COURT "VIOLATIONS" OF "RULE # 1.110
(TIME LIMITS FOR CRIMINAL PROSECUTIONS) (REFUSED TO BE BROUGHT UP APPEAL

#13   "RULE #3" A JUDGE SHALL PERFORM THE DUTIES OF JUDICIAL
OFFICE" "IM PARTIALLY" AND "DILIGENTLY"

#14   IM "REQUESTED TO BE PROVIDED WITH COMPUTER RECORDS OF

Told Lts Barnett of request
12/22/06 PER NK.S.P. REQUESTED A
medical RQ pre— Fell in cell w/water.
M.S. Barnett (what she stated) viewed water
on floor of cell IT ASU N-6.
1st. tier Co. accompanied MRS. Off. Barr
SEE / 8 feppen in water.
Told "Lts Barnett of water covering tier Above
cell 127. PROOF Leaky- RAINED 12/21/2006.
— CDO Baskin 1st. tier CO

ILLEGAL OR APPELLATE TRANSCRIPTS; RIGHT CONT. FROM PG.
2d 577; 579; 8 SUMMARY (9th) "CONSTITUTIONAL
LAW, §682 [REQUIREMENT THAT INCARCERATED APPELL-
ANTS' PRISON PAY BE APPLIED TO REIMBURSE COST WAS
"UNCONSTITUTIONAL DENIAL OF EQUAL PROTECTION]
ON THE "RIGHTS IN FEDERAL COURTS" SEE "HARDY
V. UNITED STATES" (1964) 375 U.S. 277; 84 S.Ct. 424;
426; 11 L.Ed.2d 331; 334; 78 HARV. L. REV. 26;
ON THE "RIGHT IN HABEAS CORPUS PROCEEDING," SEE
"GARDNER V. CALIFORNIA" (1969), 393 U.S. 367 89 S.C.
580; 21 L.Ed.2d 601; WADE V. WILSON" (1970)
396 U.S. 282; 90 S.Ct. 501; 24 L.Ed.2d 470;     CF.
"NORVELL V. ILLINOIS" (1963) 373 U.S. 420; 83 S.Ct.
1366; 10 L.Ed.2d 456 [RULE INAPPLICABLE WHERE
REPORTER DIED "AND "NOTES NOT TRANSCRIBABLE];
"UNITED STATES V. MACCOLLOM" (1976) 426 U.S.
317; 96 S.Ct. 2086; 2088; 48;
"C: FURTHER REVIEW IN UNITED STATES SUPREME COURT

WHERE A "CLAIM IS MADE" OF "DENIAL" OF A "FEDERAL
CONSTITUTIONAL RIGHT," SUCH AS "DUE PROCESS "& "EQUAL
PROTECTION"; OR THE BAR AGAINST "CRUEL AND UNUSUAL
PUNISHMENT," THE "ISSUE" MAY BE "RAISED," UNDER
CERTAIN CIRCUMSTANCES," IN THE "UNITED STATES SUPREME
COURT," BY "APPEAL" OR "CERTIORARI" AFTER "AFFIRMAN-
CE" OF A "CONVICTION" OR OTHER "EXHAUSTION OF
REMEDIES" IN THE STATE COURT OR THE "LOWER FEDERAL
COURTS. (SEE GENERALLY 11 STAN. L. REV. 94; 98

(CONTINUED ON PAGE #7

Kenneth W. Mills (T-03086)
"Salinas Valley State Prison (S-2/124L)
125 Alder Street -
Soledad CA. 93960-1050

U.S. District Court For the Northern Dist. of Cali

Kenneth Mills
Brief
on Habeas Corpus

THE "RIGHT" TO TEST THE "LEGALITY" OF ONES DET-
ENTION" BEFORE A "NEUTRAL JUDGE."
Defendant feels that there needs to be a "Balen-
ce" between "The Security Imperatives" and the
"Legal Process." I'm "urging the court "to" declare
that "I have a "Constitutional & Guaranteed "Right"
to have the "Legality of my Imprisonment" examined
by a "Federal Judge". The "Founders" of our "Nation"
created a "Constitution" dedicated to the "Protection" of
"Liberty" not one that "Turns a Blind Eye to "Imp-
risonment" without a meaningful opportunity to be
Heard.

Kenneth Mills T-03086

Name _KENNETH MILLS_

Address _SALINAS VALLEY STATE PRISON (D-2) (24C)_

_125 ALDER STREET_

_SOLEDAD CA. 93960-1050_

CDC or ID Number _F-98025_

_UNITED STATES DISTRICT COURT_

_NORTHERN DIST OF CALIF._

(Court)

---

PETITION FOR WRIT OF HABEAS CORPUS

_KENNETH W. MILLS_

Petitioner

vs.

_SUPERIOR Court of CALIFORNIA_

Respondent ( _NORWALK COURT HOUSE_ )

No. _____

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

---

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

---

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

This petition concerns:

☐ A conviction                    ☐ Parole

☐ A sentence                      ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☒ Other (specify): _Refusal to give Crim. Transcripts_

1. Your name: _Kenneth Mills_

2. Where are you incarcerated? _Salinas Valey State Prison_

3. Why are you in custody?  ☒ Criminal Conviction   ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your abillity.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").
_Mayhem_
_Assault w/force likely to produce injury_

b. Penal or other code sections: _§ 205 & § 245 (a)(1)_

c. Name and location of sentencing or committing court: _Superior Court of Cali-_
_ornia - Norwalk Superior Court_

d. Case number: _VA088677_

e. Date convicted or committed: _June 06th 2006 (666)_

f. Date sentenced: _August 28th 2006_

g. Length of sentence: _Life +161 Years_

h. When do you expect to be released? _Not Known_

i. Were you represented by counsel in the trial court?  ☐ Yes.  ☒ No. If yes, state the attorney's name and address:

_____

_____

4. What was the LAST plea you entered? *(check one)*

☒ Not guilty  ☐ Guilty  ☐ Nolo Contendere  ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

☒ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

20 of 36

MC-275

7. Ground 2 of Ground *(if applicable)*

TRIAL COURT DIDN'T USE PROCEDURE TO PROVENT ME FROM BEENING ILLIGAITY INCARCERATED ALL THESE YEARS;

CALIF. PRISON OFFICIAL DIDN'T FOLLOW THE LAWS OF CALIFORNIA FOR PROTECTING NOT TO COMMIT PERSON UN-Lawfully

a. Supporting facts:

PETITIONER RESPECTFULLY SUBMIT THIS PETITION ON THE PREJUDICAL AND UNLAWFUL TREATMENT DONE TO PETITIONER. PETITIONER ALSO BEGS FOR A "EVIDENTARY HEARING". ON/IN THE YEAR OF 2001. I WAS UNLAWFULLY COMMITTED to STATE PRISON (SEE SOLANO COUNTY HALL of JUSTICE PAGE SUBMITTED WITH THIS PETITION)

I WENT TO "SAN QUENTIN STATE PRISON", AT WHICH TIME I WAS GIVEN C.A.C-R NO. T-G-O95. I WAS IMPRISONED FOR PROBATION VIOLATION. (CASE NO. VCR 147775). I HAD A HEARING ON MY PROBATION VIOLATION. (HEARING ON SPOUSAL ABUSE AND PROBATION VIOLATION) ON "JAN. 28th 2001" SUPERIOR COURT JUDGE "ALLEN P. CARTER" RULED: ALLEGATIONS THAT DEFENDANT VIOLATED A TERM OF PROBATION WAS DISH-ISSED & (EX-WIFE "WILLANTHA SPAGNER" STATED "I DONT KNOW WHAT HAPPENED-DIDN'T STATE THAT I DID ANYTHING) I HAVE "VIOLATIONS" OF CRC 4.100 AND "4.110.

b. Supporting cases, rules, or other authority:

"MY U.S./CAL. CONSTITUTION"

"LAWS OF CALIFORNIA"

"CIVIL Rights of U.S. CITIZEN"

"ILLEGAL IMPRISONMENT"

"SPEEDY TRIAL Violations"

"Immunity of State Hospital Patient Violent Act" - Violations

80 of 86

6. GROUNDS FOR RELIEF

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

TRIAL COURT (JUDGE) DENIED ME RIGHTS TO HAVE
CRIMINAL TRIAL TRANSCRIPTS, VIOLATE U.S. SUPREME COURT
DECISIONS.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

I THE PETITIONER DO HEREBY STATE THE
PREJUDICAL TREATMENT ON MY REQUEST FOR
TRIAL TRANSCRIPTS.  ON SEPTEMBER 06TH 2005 I MAKE
1st APPEARANCE IN NORWALK SUPERIOR COURT "(JUDGE LARRY
KNOPP PREVIALING) U.S. SUPREME COURT SERIES OF DECISIONS)
PETITIONER WAS APPEARING IN CRIMINAL TRIAL (VA-
88677) UNDER "PROPRIA PERSONA (PRO-PER - DEFENDING
ONES SELF) I "WAIVED" NO TIME" ON NOVEMBER 02ND 2005
I AGAIN WAS IN "SUPERIOR COURT JUDGE "LARRY KNOPP
COURT ROOM (NORWALK - PRO-PER). FOR CRIM. CASE
NO. VA088677. I HAD AWAITED [57] DAYS FOR MY
"CONSTITUTIONAL (60) DAYS SPEEDY TRIAL. AT THIS
TIME THE PROSECUTOR STATED: I DONT THINK HE COM-
(CONT. ATTACHED)

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

"DEFENDANTS RIGHT TO FREE TRANSCRIPTS [81677; "EQUAL PRO-
TECTIONS OF THE LAWS; "GRIFFIN V. ILLINOIS (1956) 351 U.
S. 76 S.Ct. 585, 589(100 L.Ed. 891, 897; "ESKRIDGE V. WA-
SHINGTON PRISON BOARD (1958) 357 U.S. 214, 78 S.Ct. 1061, 2 L.-
Ed.2d 1269;

30 OF 86

1) (GROUND "I" CONTINUED FROM PG 3)

2) PETENT JUDGE, AND THE JUDGE (LARRY KNUPP) STOPED

3) MY CRIMINAL TRIAL FOR A "PENAL CODE §1368" PROC-

4) EEDINGS (TO SEE TWO PSYCHIATRISTS). I MADE NO UN-

5) RULLY "ACTIONS" IN "SUPERIOR COURT JUDGE'S COURT ROOM

6) FOR. MY TRIAL TO BE INTERUPTED FOR ME TO SEE (2) "PSY

7) "CHIATRISTS.

8) FEBURARY 2006 (2) PSYCHIATRISTS EVALUATIONS OF

9) ME FOUND ME "COMPETENT TO STANDS TRIAL. (WITH

10) (1) PSYCHIATRIST STATEMENT OF "I DONT KNOW WHY

11) MY TIME IN WATCHED". ON / THE FEBURARY 2006 I WAS RE-

12) TURNED BACK TO "CRIMINAL COURT" AT WHICH TIME I FILED

13) A PEN. CODE §170.6 (DISQUALIFICATION) ON SUPERIOR COURT JUDGE

14) LARRY KNUPP.    I WAS    SENT NEXT DOOR TO SUPER-

15) IOR COURT JUDGE'S COURT ROOM "CYNTHIA RAYVIS.

16) MY CRIMINAL TRIAL (VA088277) AN 1571 DAYS

17) AWAITING "SPEEDY" TRIAL WAS THROWN OUT BY SUP-

18) ERIOR COURT JUDGE "CYNTHIA RAYVIS. (I AWAITED IN

19) (JUDGE KNUPP COURT ROOM)

20) I WAS GIVEN (ALLERGEY) ATTORNEY AT LAW

21) FOR MY "APPEAL (B-183456) "SALLY PATRONE BRAJEVICH.

22) "IVE REQUESTED NUMEROUS OF TIMES "FROM "ATTORNEY" TO

23) GIVE ME MY TRANSCRIPTS (THAT SUPERIOR COURT JUDGE "LARRY-

24) KNUPP" & "CYNTHIA RAYVIS" DENIED ME! (SEE ATTACHMENT)

25) THIS ATTORNEY STATED OF "AUGMENTING RECORD ON APPEAL

26) (ASKING FOR THEM). ATTORNEY (BRAJEVICH "DIDN'T RECIEVE COMPLETE

27) COPY OF TRANSCRIPTS" I WANT CRIM. TRANSCRIPTS OF VA088277 THAT

8. Did you appeal from the conviction, sentence, or commitment? [ ] Yes. [ ] No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): _"N/A"_

b. Result _"N/A"_                                    c. Date of decision: _"N/A"_

d. Case number or citation of opinion, if known: _"N/A"_

e. Issues raised: (1) _"N/A"_

   (2) _"N/A"_

   (3) _"N/A"_

f. Were you represented by counsel on appeal? [X] Yes. [ ] No. If yes, state the attorney's name and address, if known:

_ELENA D'Augustino, Solano County_

9. Did you seek review in the California Supreme Court? [ ] Yes [ ] No. If yes, give the following information:

a. Result _____                            b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

   (2) _____

   (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_____

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See _In re Muszalski_ (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

_____

b. Did you seek the highest level of administrative review available? [X] Yes. [ ] No.
   Attach documents that show you have exhausted your administrative remedies.

24 of 26

*Exhibit*

*81 of 85*

High Desert State Prison
P.O. Box 750
Susanville, CA  96127-0750

03/19/02

SOLANO COUNTY SUPERIOR COURT
HALL OF JUSTICE, NORTH WING
600 UNION AVENUE
FAIRFIELD,  CA  94533

RE: MILLS, KENNETH                     Date of Arrest:
CDC#: T-19095                          Booking #:
Case #: VCR147775                      Report #:
Sentence Date: 06/01/01                Charge:

Dear Sir:

The above identified Subject has been sentenced to the California
Department of Corrections from your County.  We have not received
the following documents/information on the above case.  It is of
the utmost importance these documents/information are received to
properly record the commitment. *CDC NEVER RECIEVE DOCUMENTS THAT WAS*
*TO ACCOMPANY ME TO PRISON. SHOWS ILLEGAL IMPRI-*
( ) INFORMATION                        *SONMENT MILLS T-19095*
( ) PROBATION OFFICERS REPORT
( ) CERTIFIED COPY OF ABSTRACT OF JUDGMENT - COMMITMENT
( ) TRANSCRIPT OF PROCEEDINGS AT TIME OF SENTENCING
(XXX) MINUTE ORDER -CERTIFIED
( ) ARREST REPORT/INVESTIGATIVE REPORT

Your cooperation in this matter is greatly appreciated.

Sincerely,  *THIS WAS TO ACCOMPANY ME TO PRISON*
            *But IT DIDN'T. ILLEGALY IMPRISONED*
D. L. RUNNELS  *06/2001 PRISON T-19095 - CASE No. VCR147775*
WARDEN  *(WHICH WAS DISMISSED ON 01-25-01 BY SUPERIOR*
*L. Kennedy  CURRT JUDGE ALLAN CARTER AT PROBATION*
D. SADER  *REVOCATION HEARING.*
Correctional Case Records Manager
(530) 251-5100 EXT. 5574  *Kenneth Mills T-19095*

cc:  Central File
     Inmate

*(1 of 2)*

*82 of 86*

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13.    ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _Court of Appeal 1st App. Dist. S.F. CA_

      (2) Nature of proceeding (for example, "habeas corpus petition"): _Habeas Corpus_

      (3) Issues raised: (a) _Illegal Imprisonment_

            (b) _Civil Rights Violation_

      (4) Result (Attach order or explain why unavailable): _Denied_

      (5) Date of decision: _Oct. 26 2006_

   b. (1) Name of court: _____

      (2) Nature of proceeding: _____

      (3) Issues raised: (a) _____

            (b) _____

      (4) Result (Attach order or explain why unavailable): _____

      (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) _Mentally Ill_ " _C.F._ "

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: " _N/A_ " " _N/A_ "

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _Dec. 17th 2006_    ▶ _Jeanett Mills_
                                              (SIGNATURE OF PETITIONER)



COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 1

In re KENNETH MILLS on Habeas Corpus.

A115580
Solano County No. VCR147775

BY THE COURT:

The petition for writ of habeas corpus is denied.

The justices participating in this matter were:

Presiding Justice Marchiano, Justice Swager and Justice Margulies

FILED
OCT 2 6 2006
Court of Appeal — First App. Dist.
DIANA HERBERT
By _____
              DEPUTY

*386 Days for this Habeas Corpus to be Responed too Today's date September 05th 2007*

*Due Process Violation Kenneth Mills 9-5-2007*

MARCHIANO, P.J.
                                        P.J.

Date: OCT 2 6 2006

*THis Dont Iquas Bey A Natural person No Where As Law Demands Receyerd this 09-05-07 Kenneth Mills Violation of Due process of Habeas corpus petition (60) Days to Have Respose*

orcc:1a

V. REEDING ON APPEAL

A. DEFENDANT'S RIGHT TO FREE TRANSCRIPT.

1. [§107] FELONY.   (EXHIBIT II.A)

IN A SERIES OF DECISIONS, THE UNITED STATES SUPREME COURT HAS HELD THAT AN INDIGENT DEFENDANT IN A FELONY CASE IS ENTITLED TO BE FURNISHED WITH A COMPLETE TRANSCRIPT OF CRIMINAL PROCEEDINGS, FOR THE PURPOSE OF APPELLATE REVIEW, BOTH ON APPEAL FROM JUDGEMENT OF CONVICTION AND IN POSTCONVICTION PROCEEDINGS, AND THAT STATE STATUTES OR RULES THAT RESTRICT THE RIGHT CONSTITUTE A DENIAL OF EQUAL PROTECTION OF THE LAWS. ( SEE GRIFFIN V. ILLINOIS 1956 357 U.S. 12; 76 S.Ct. 585, 589, 100 L.Ed. 891, 897; ESKRIDGE V. WASHINGTON PRISON BOARD 1958 357 U.S. 214; 78 S.Ct. 1061; 2 L.Ed. 2d 1269; SMITH V. BENNETT 1961 365 U.S. 708; 81 S.Ct. 895; 897; 6 L.Ed. 2d 39; 41; LANE V. BROWN (1963) 372 U.S. 477; 83 S.Ct. 768; 773; 9 L.Ed. 2d 892; 897; ENTSMINGER V. IOWA (1967) 386 U.S. 748; 87 S.Ct. 1402; 18 L.Ed. 2d 501 [REVERSAL; ALTHOUGH COUNSEL ASKED FOR FULL TRANSCRIPT, HE CONCLUDED THAT APPEAL WAS WITHOUT MERIT AND FAILED TO FILE IT]; RINALDI V. YEAGER (1966) 384 U.S. 305; 86 S.Ct. 1497; 1499; 16 L.Ed.

(CONTINUED ON PAGE )

(2 OF 5)

"OFFICE OF THE CLERK"

"US DISTRICT COURT-NORTHERN DIST. OF CA."

"280 SOUTH FIRST ST. ROOM 2112"

"SAN JOSE, CALIFORNIA"

95113-3095

RECEIVED

JAN 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STATE PRISON
GENERATED MAIL

LEGAL MAIL ONLY